**FILED**
**CLERK**

2:11 pm, Jul 10, 2024

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

## CRIMINAL MINUTE ORDER

**BEFORE JUDGE**: BROWN, USDJ  **DATE:** 7/10/2024  (1hr. 20 min)
**DOCKET No.  CR-16-403**

**DEFENDANT: Alexi Saenz**     **DEF. #**
Present in custody

**DEFENSE COUNSEL: Natalie Todd, Victor Abreu, Pater Williams**
CJA Appointment

**A.U.S.A.**:    Paul Scotti, Justina Geraci, Megan Farrell,
INTERPRETER:   [Maya Gray and Marcia Gotler] -- [Spanish]   sworn
PROBATION OFFICER/PRETRIAL:  Choose an item.
COURT REPORTER/FTR LOG:  Paul Lombardi             DEPUTY:  KM

- ☐ Allocution
- ☐ Arraignment
- ☒ Change of Plea Hearing (*~Util-Plea Entered*)     ☐ Initial Appearance
- ☐ Telephone Conference                ☐ Detention hearing
- ☐ Bond hearing
- ☐ Motion Hearing Non Evidentiary         ☒ Plea Agreement Hearing
- ☐ Other Evidentiary Hearing Contested   TYPE OF HEARING_____

**Do these minutes contain ruling(s) on motion(s)?**    ☐ YES    ☒ NO

- ☒ Case called.
- ☒ Counsel for all sides present.
- ☒ Defendant is informed of his/her rights.
- ☐ Choose an item..
    ☐ Pursuant to Federal Rule of Criminal Procedure 5(f), the court confirmed the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and summarized the possible consequences of violating those obligations. Written order to be docketed separately.

- ☐ Defendant waives public reading.

- ☒ Defendant is sworn to his statements.

- ☒ Defendant is questioned as to whether s/he has read and understands the charging instrument and the plea agreement.  Defendant has.

- ☐ Defendant waives indictment, a waiver is executed.

|   |   |
|---|---|
| ☒ | Defendant withdraws previous plea of not guilty and enters a plea of guilty to count <u>1 and 38</u> of the 8th Superseding Indictment. |
| ☒ | The defendant explains the offense committed;  the Government offers the proof they would present to the Court during trial. |

☒ The Court finds a factual basis for the plea and accepts it.

☒ Probation notified.
☐ Sentence held in abeyance.
☒ Sentencing date set for 1/31/2025     at 10:00 a.m.
☐ Government moves for  Choose an item., argument heard.
☐ Choose an item.:
　　　☐ Ruling:
　　　　　☐ Order setting conditions of bond executed.
　　　　　☐ Detention Order executed.
　　　　　　　☐ Permanent.
　　　　　　　☐ Temporary: Hearing set for Click or tap to enter a date.
☐ Defendant Choose an item.
☐ Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.
☒ OTHER:  Court ex. 1 – 7/2/2024 propose plea agreement and email, ct. 2 7/10/2024 proposed plea agreement and email. Ct. 3 Plea Agreement signed, marked.
☒ Defendant continued:  ☒ in custody       ☐ on bond