27 de abril de 2025

Defense Exh. C

Juez Brown,

Mi nombre es Feliciano Corea. Alexi Saenz es mi sobrino. Yo pase tiempo con él cuando vivió en El Salvador y lo quiero mucho. Quería escribir esta carta para compartir mis memorias de Alexi y ayudarlo a usted a entenderlo mejor. Él era un niño tímido, respetuoso y trabajador que tuvo un comienzo difícil para su vida.

Alexi vivió con su mamá, Marta, y su abuela, Mercedes, en Montecristo. Eran muy pobres y vivían en una casa pequeña. Las dos trabajaban muy duro pero todavía no podían comprar comida para todos en la casa o ropa para los niños. Fue una vida difícil. Alexi pasó muchos días sin comer suficiente comida. El papá de Alexi, Ruben, le quitaba a Marta el poco dinero que se ganaba en el trabajo y lo usaba para comprar alcohol. Él no era un buen padre.

La gente en esa área le tenían miedo a Ruben. El era un hombre violento que se hacía más agresivo cuando bebía. El abuso mucho a Marta. Se le hizo difícil trabajar porque Ruben iba a su trabajo y le pegaba. También iba a su casa y le pegaba a Alexi y a su hermano. Él quería que los niños le tuvieran miedo. Si alguien trataba de pararlo, les pegaba también. Ruben era una persona cruel.

Debido a este abuso, Marta se fue para los Estados Unidos y dejó a Alexi y a sus hermanos con Mercedes. Ella amaba a sus nietos, pero se le hizo difícil criar a unos niños tan jóvenes. Marta le enviaba dinero, pero no era suficiente. Yo visitaba a Mercedes mucho para ver cómo estaban ella y los niños y pude ver que seguían sufriendo mucho por Ruben. Cómo sabía que Alexi no recibió amor de su papá, yo trate de poner un buen ejemplo y ser una influencia positiva en su vida. Mi esposa y yo lo llevamos a la iglesia y le abrimos nuestra casa. Aunque yo hice lo que pude, Alexi necesitaba amor de sus papás y no tenerlo lo afectó. Él era un niño callado y no le gustaba salir de la casa.

Yo hice lo que pude para ayudarlo a salir de la casa. Cuando Alexi creció un poco, empezó a ayudarme en mi finca. Me ayudaba a darle de comer a las vacas y después aprendió a sembrar y cosechar los cultivos. Yo lo supervisé mientras aprendía a hacer todos estos trabajos. No fue fácil, pero poco a poco lo ayudé a aprender. Siempre fue trabajador, pero solo podía hacer trabajos simples. El trato de encontrar otros trabajos pero nunca los pudo mantener porque eran muy complicados.

Yo me preocupé por Alexi cuando él decidió irse para los Estados Unidos, pero pensé que iba a ser bueno para él por fin estar con su mama. Extrañe a Alexi después que se fue. Se sentía como

si algo me faltara cuando ya no estaba aquí. Oír que lo habían arrestado fue terrible para nuestra familia. No se si volvere a ver a Alexi otra vez, pero quería asegurarme de escribir esta carta para poder decir que yo amo a mi sobrino y solo quiero lo mejor para él. Su señoría, yo se que la decisión está en tus manos y espero que usted le de a Alexi la oportunidad para probar que él está verdaderamente arrepentido por lo que ha hecho. Yo se que el recompensara tu fe en el.

Que dio le bendiga,

Feliciano Corea

April 27, 2025

Dear Judge,

My name is Feliciano Corea. Alexi Saenz is my nephew. I spent time with him while he lived in El Salvador, and I care about him a lot. I wanted to write this letter to share my memories of Alexi and help you understand him better. He was a timid, respectful, and hardworking boy who had a difficult start to his life.

Alexi lived with his mother, Marta, and grandmother, Mercedes, in Montecristo. They were very poor and lived in a small house. They both worked hard, but still couldn't afford to feed everyone in the house or get clothes for the kids. It was a hard life. Alexi spent a lot of days without having enough food. Alexi's father, Ruben, would take the little money that Marta made at work and use it to buy alcohol. He was not a good father.

People in the area were afraid of Ruben. He was a violent man and became even more aggressive when he drank. He abused Marta a lot. It was difficult for her to work because Ruben would go to her job and hit her. He would also go to their home and hit Alexi and his brother. He wanted the kids to be scared of him. If anyone tried to stop him, he would hit them too. Ruben was a cruel person.

Because of this abuse, Marta went to the U.S. and left Alexi and his siblings with Mercedes. She loved her grandchildren, but it was difficult for her to raise such young children. Marta was sending money, but it wasn't enough. I would visit Mercedes frequently to check in on her and the kids and I could see that they were still suffering a lot because of Ruben. Knowing that Alexi did not get any love from his father, I tried to set a good example and be a positive influence in his life. My wife and I took him to church and opened our home to him. Even though I did what I could, Alexi needed love from his parents, and not having it affected him. He was a quiet kid and did not like to leave his house.

I did what I could to help him get out of the house. When Alexi got a little older, he started helping me around my farm. He would help me feed the cows, and later learned to plant and harvest crops. I supervised him while he learned to do all of these jobs. It wasn't easy, but I was able to help him learn little by little. He was always a hard worker, but could only handle simple tasks. He tried to find other work, but he was never able to keep those jobs because they were too complicated.

I was worried about Alexi when he decided to go to the U.S., but I thought it would be good for him to finally be with his mother again. I missed Alexi after he left. It felt like something was

missing when he wasn't around anymore. Hearing that he had been arrested was devastating for our family. I don't know if I'll ever be able to see Alexi again, but I wanted to make sure that I wrote this letter so I could say that I love my nephew and only want the best for him. Your honor, I know that the decision is in your hands, and I hope that you will give Alexi the opportunity to prove that he is truly remorseful for what he has done. I know he will reward your faith in him.

God bless you,

Feliciano Corea

# <u>DECLARATION OF ARNALDO PEREZ</u>

My name is Arnaldo Perez. I declare that the following is true and correct to the best of my knowledge:

I am a bilingual and bicultural Puerto Rican. I understand and am fluent in both the Spanish and English languages. I have reviewed the Spanish language declaration of Feliciano Corea, dated April 27, 2025, and certify that the attached English translation of Mr. Corea's declaration is accurate.

I declare under penalty of perjury that the foregoing is true and correct.

_____

Arnaldo Perez

27 de abril de 2025

Juez Brown,

Yo soy Maria de los Santos Cruz, la tía de Alexi Saenz. Le estoy escribiendo esta carta para apoyarlo y compartir mis experiencias con él. Alexi es una parte importante de nuestra familia y lo amo mucho. Me ha roto el corazón aprender sobre su caso. El niño y adolescente que yo conocí antes de que se fuera para América era callado, tranquilo, cariñoso y parecía que estaba sufriendo por todo lo que le había pasado cuando era más joven.

La familia de Alexi era muy pobre y tuvieron que luchar para sobrevivir. Su mamá, Marta, trabajó muy duro pero no ganaba suficiente para apoyar a sus hijos. Su abuela, Mercedes, también trabajaba haciendo y vendiendo tortillas. Algunos días, no tenían suficiente dinero para comprar comida para todos en la casa. Ya que Marta tenía que trabajar tanto, no podía pasar tanto tiempo con sus hijos. La pobreza no era algo raro en Montecristo, pero ellos eran más pobres que la mayoría de las familias.

Marta también fue abusada físicamente por el papá de Alexi, Ruben Saenz. Mercedes venía a mi casa y me decía que Ruben iba a la casa y le pegaba a Marta. Estaba bebiendo todos los días. A Ruben le gustaba hacerle daño a Marta para poder controlarla. El se llevaba a Alexi y su hermano de la casa mientras Marta estaba trabajando sin decirle a donde iban. Cuando Marta volvía a la casa, no podía encontrar a los niños y tenía tanto miedo, preguntandose donde estaban. Ruben disfrutaba viéndola sufrir y nadie trató de pararlo porque todos le tenían miedo. Ruben también le pegaba a Alexi regularmente con una correa, dejándole golpes en todo su cuerpecito.

Marta eventualmente se fue de El Salvador para ir a los Estados Unidos y empezó a enviarle dinero a Mercedes. Esto ayudó, pero a Mercedes todavía se le hizo difícil criar a todos los hijos de Marta por su cuenta. Mi esposo y yo tratamos de ayudarla cuando podíamos. A veces Alexi venía a nuestra casa y jugaba con mis hijos. Ellos andaban juntos y recogían mangos para comer. También me ayudaba en la casa con pequeños quehaceres, como recoger madera o buscar agua. Llevábamos a los niños a la iglesia todas las semanas. Yo estuve con Alexi cuando le dieron su primera comunión y su confirmación. Para nosotros era importante involucrar a los niños con la iglesia para ayudarlos a que se queden en el camino correcto.

Cuando Alexi creció empezó a trabajar con mi esposo. El le enseño a Alexi a sembrar semillas y cosechar todo lo que crecian, pero Alexi necesitaba muchas instrucciones y que le repitieran las cosas. Algunas veces iba a la casa de Nelson y Daisy Andrade para cuidar sus plantas y limpiar su piscina. Solo estaba tratando de encontrar trabajo para ayudar a Mercedes.

Yo amo a Alexi tanto. Él ha sufrido tanto y no tenía nadie que lo protegiera de su papá. Yo se que ese abuso lo afectó mucho y no tener a su mamá fue muy difícil para él. Nosotros hicimos lo que pudimos por él, pero nadie puede reemplazar el amor que un padre le puede dar a un hijo. Aunque debe ser castigado por lo que ha hecho, le pido que en su reflexión le de misericordia.

Gracias por tomar el tiempo para leer mi carta,

Maria de los Santos Cruz

April 27, 2025

Judge Brown,

I am Maria de los Santos Cruz, Alexi Saenz's aunt. I am writing this letter to support him and share my experiences with him. Alexi is an important part of our family and I love him very much. I'm heartbroken to learn about his case. The child and teenager I knew before he left for America was quiet, peaceful, kind, and seemed to be suffering from everything that happened to him when he was younger.

Alexi's family was very poor and struggled to survive. His mother, Marta, worked very hard but did not make enough to support her children. His grandmother, Mercedes, also worked making and selling tortillas. Some days, they could not afford enough food for everyone in the house. Because Marta had to work so much, she couldn't spend as much time with her children. Poverty was not out of the ordinary in Montecristo, but they were poorer than most families.

Marta was also being physically abused by Alexi's father, Ruben Saenz. Mercedes would come to my house and tell me that Ruben would come by the house and beat Marta. He was drinking every day. Ruben enjoyed hurting Marta as a way to control her. He would take Alexi and his brother out of the house while Marta was at work and would not tell her where they went. When Marta came back home, she couldn't find the boys and was so scared, wondering where they were. Ruben enjoyed watching her suffer and no one tried to stop him because everyone feared him. Ruben also regularly beat Alexi with a belt, which left bruises all over his tiny body.

Marta eventually left El Salvador to go to the U.S. and began sending money to Mercedes. This helped, but Mercedes still had a hard time raising all of Marta's children on her own. My husband and I tried to help her when we could. Sometimes, Alexi would come to our house and play with my children. They would run around and pick mangoes to eat. He would also help me around the house with small chores, like collecting wood or getting water. We would take the children to church every week. I was with Alexi when he had his first communion and his confirmation. We felt that it was important to get the children involved in the church to help them stay on the right path.

When he got older, Alexi started working with my husband. He taught Alexi how to plant seeds and harvest whatever they grew, but Alexi needed a lot of instruction and repetition. He sometimes went to Nelson and Daisy Andrade's house to help take care of their plants and clean their pool. He was just trying to find work to help Mercedes.

I love Alexi so much. He has suffered so much and didn't have anyone to protect him from his father. I know that abuse affected him a lot and not having his mother was very difficult for him. We did what we could for him, but no one can replace the love that a parent can give a child. Although he must be punished for what he has done, I ask you in your deliberations to show him mercy.

Thank you for taking the time to read my letter,

Maria de los Santos Cruz

# DECLARATION OF ARNALDO PEREZ

My name is Arnaldo Perez. I declare that the following is true and correct to the best of my knowledge:

I am a bilingual and bicultural Puerto Rican. I understand and am fluent in both the Spanish and English languages. I have reviewed the Spanish language declaration of Maria de los Santos Cruz, dated April 27, 2025, and certify that the attached English translation of Ms. Cruz's declaration is accurate.

I declare under penalty of perjury that the foregoing is true and correct.

_____

Arnaldo Perez

25 de abril de 2025

Querido Juez Brown,

Mi nombre es Rosa Saravia, Alexi Saenz fue mi vecino cuando vivía con su familia en El
Salvador. Le estoy escribiendo esta carta para compartir mi apoyo para él. He conocido a la
familia de Alexi por mucho tiempo y puedo decir que él era un niño tímido, amable y cariñoso.
Me gustaría compartir algunas cosas que conozco de él con usted.

Yo conoci a la abuela de Alexi, Mercedes, cuando se mudo para Montecristo. En ese tiempo,
tenía dos hijos pero más tarde dio a luz a la mamá de Alexi, Marta. Mercedes era una mujer
humilde que trabajó muy duro haciendo y vendiendo tortillas para poder proveer para sus hijos.
A pesar de todo su esfuerzo, su familia era muy pobre y lucho para ganar suficiente dinero para
satisfacer sus necesidades. Cuando Marta era pequeña, venía a nuestra casa y ayudaba a mi
madre con varios quehaceres. También llevaba a mis hijos a la escuela. A cambio de esta ayuda,
mi madre le compraba ropa y le daba un poco de dinero para ayudar a su familia. Nosotros vimos
como ella creció a ser una niña muy encantadora.

Eventualmente, Marta conoció a Ruben Saenz y dio a luz a Alexi. Inicialmente, parecían una
buena pareja, pero poco a poco Ruben empezó a beber regularmente y se hizo más agresivo
hacia Marta. Todos sabían que él la estaba abusando físicamente. Yo veía los moretones en la
cara y los brazos de Marta. Me rompió el corazón verla pasar por eso. Ruben tambien amenazo
con matar a Alexi. Marta le tenía mucho miedo. Algunas veces ella traía a los niños a mi casa
para esconderse de Ruben. Cerrábamos las puertas con candados y nos quedamos adentro toda la
noche para que no se preocuparan de que viniera y les hiciera daño.

Marta pudo encontrar un trabajo vendiendo ropa en San Miguel. Le encantaba trabajar ahí, pero
Ruben iba a su trabajo borracho para insultarla y pegarle frente a todo el mundo. Ella perdió ese
trabajo porque él no dejaba de molestarla. Pudo encontrar otro trabajo, vendiendo frutas y
vegetales, pero él siguió apareciendo ahí y pegandole. Los compañeros de trabajo de Marta
trataron de protegerla pero nadie podía detener a Ruben. El demandaba que ella le diera su
dinero. El abuso le hizo imposible mantener su trabajo y la familia se hundió en una pobreza más
profunda. Ver a Marta sufriendo así fue tan difícil para mi. La había visto crecer y sabía lo
mucho que ella quería ayudar a su madre y darle una buena vida a Alexi. Era una buena persona
que conoció al hombre equivocado.

Aun cuando dejó de trabajar, Ruben siguió abusando a Marta y sus hijos. Parecía que nunca iba a
parar y Marta se desesperó más para escapar. Decidió salir de El Salvador e irse a los Estados
Unidos. No quería dejar a su madre y a sus hijos, pero sentía que no tenía otra opción. Dejar a

Alexi le rompió el corazón a Marta. Él estaba tan pequeño. Marta esperaba que eventualmente podría traerlo a él y a sus otros hijos a vivir a Estados Unidos con ella.

Después que Marta se fue, Mercedes tuvo que criar tres niños jóvenes por su cuenta. Ella amaba a sus nietos, pero no podía mantenerlos sola. Algunos días, solo comían tortillas y café. Cuando Alexi creció un poco, él salía a cazar conejos o garrobos para que la familia tuviera algo para comer. A veces Mercedes venía a mi casa y me pedía ayuda cuando necesitaba cosas como agua, comida o dinero. Siempre hice todo lo que pude para ayudarla.

El abuso de Ruben no paró después que se fue Marta. El siguió viniendo a la casa y pegandole a Alexi. Yo podía escuchar a los niños llorando por la noche. Cuando Mercedes trataba de detenerlo, él le gritaba y la amenazaba. Mercedes me decía que a veces no podían dormir porque Rubén venía en el medio de la noche para pegarle a los niños. Alexi tuvo una niñez tan horrible. El sufrió tanto. Ruben eventualmente se suicidó, pero su abuso afectó a Alexi tanto. Alexi era un niño callado y no le gustaba salir de su casa o hablar con otras personas. Usualmente lo encontrabas meciéndose en una hamaca por horas. Él era diferente a los otros niños en el área. Me preocupaba por él porque siempre se veía deprimido.

Mi hermano Julio trató de ayudar a Alexi. Lo visitaba en su casa y se lo llevaba a trabajar con la milpa. Le enseñó como sembrar semillas, cosechar el maíz y limpiarlo.  Fue bueno para que Alexi saliera de la casa y trabajara. Julio fue una figura paterna para Alexi, alguien que le dio la atención positiva que necesitaba. Él amaba a Alexi muchísimo. Mi hermano falleció en el 2023, pero si estuviese vivo hoy yo sé que él hubiese querido que usted supiera que Alexi era un buen muchacho que tuvo un principio de la vida muy injusto.

Me dio pena ver a Alexi irse de El Salvador, pero esperaba que iba a estar feliz con Marta. El necesitaba más amor en su vida. Cuando oí que habían arrestado a Alexi, no lo podía creer. Todavía lo recuerdo como el niño tímido que venía a mi casa para ayudar con los cultivos. Es difícil pensar que a ese niño lo pudieron acusar de estas cosas tan horribles. Estoy tan triste por Alexi y por lo que está pasando, pero me siento peor por las familias de las víctimas. Espero tener la oportunidad de volver a ver a Alexi algun dia y recordarle lo mucho que lo queremos.

Muchas gracias,

Rosa Saravia

April 25, 2025


Dear Judge Brown,

My name is Rosa Saravia. Alexi Saenz was my neighbor when he lived with his family in El
Salvador. I am writing this letter to you to share my support for him. I have known Alexi's
family for a long time, and I can say that he was a shy, kind, and lovely boy. I would like to share
some of the things I know about him with you.

I met Alexi's grandmother, Mercedes, when she first moved to Montecristo. At the time, she had
two children, but later gave birth to Alexi's mother, Marta. Mercedes was a humble woman who
worked very hard to provide for her children by making and selling tortillas. Despite her efforts,
their family was very poor and struggled to make enough money to meet their needs. When
Marta was a child, she would come over to our house and help my mother with various chores.
She also took my children to school. In exchange for this help, my mother would buy her clothes
and give her a little money to help her family. We watched as she grew into a lovely young
woman.

Eventually, Marta met Ruben Saenz, and she gave birth to Alexi. Initially, they seemed like a
good couple, but Ruben slowly began drinking regularly and became more aggressive towards
Marta. Everyone knew that he was physically abusing her. I would see bruises on Marta's face
and arms from the beatings. It broke my heart to see her going through that. Ruben also
threatened to kill Alexi. Marta was very afraid of him. Sometimes she would bring her kids to
my house to hide from Ruben. We would lock the doors and stay inside all night so they didn't
have to worry about him coming and hurting them.

Marta was able to find a job selling clothes in San Miguel. She loved working there, but Ruben
would come to her work drunk to insult her and hit her in front of everyone. She lost that job
because he would not stop harassing her. She was able to find another job, selling fruits and
vegetables, but he continued to show up there and hit her. Marta's co-workers tried to protect her,
but no one could stop Ruben. He demanded that she give him her money. His abuse made it
impossible for her to keep a job, and the family fell deeper into poverty. Seeing Marta suffering
like that was so difficult for me. I had watched her grow up and knew how much she wanted to
help her mom and give Alexi a good life. She was a good person who met the wrong man.

Even after she stopped working, Ruben continued abusing Marta and their children. It looked
like he would never stop and Marta became more desperate to escape. She decided to leave El
Salvador and go to the U.S. She didn't want to leave her mother and children, but she felt like

she didn't have another choice. Leaving Alexi broke Marta's heart. He was so young. Marta hoped that she could eventually bring him and her other children to live in the U.S. with her.

After Marta left, Mercedes had to raise three young children on her own. She loved her grandchildren, but could not provide for them alone. Some days, they only ate tortillas and coffee. When he got older, Alexi went out to hunt for rabbits or lizards so the family had something to eat. Mercedes would sometimes come to my house and ask for help when she needed things like water, food or money. I always did whatever I could to help her.

Ruben's abuse did not stop after Marta left. He continued coming to the house and beating Alexi. I could hear the children crying at night. When Mercedes tried to stop him, he would scream and threaten her. Mercedes would tell me that they wouldn't sleep sometimes because Ruben would come in the middle of the night to beat the children. Alexi had such a horrible childhood. He suffered so much. Ruben eventually committed suicide, but his abuse affected Alexi so much. Alexi was a quiet child and did not like leaving his house or talking to people. Usually, you would find him swinging in a hammock for hours. He was different than the other children in the area. I worried about him because he always seemed depressed.

My brother, Julio, tried to help Alexi. He would visit him at his home and take him to work in the fields with the milpa. He taught him how to plant seeds, harvest the corn, and clean it. It was good for Alexi to get out of the house and work. Julio was a father figure to Alexi, someone who gave him the positive attention he needed. He loved Alexi so much. My brother passed away in 2023, but if he was alive today I know he would want you to know that Alexi was good boy who had an unfair start to his life.

I was sad to see Alexi leave El Salvador, but I hoped that he would be happy with Marta. He needed more love in his life. When I heard that Alexi had been arrested, I couldn't believe it. I still remember him as the shy boy who came over to my house to help with the crops. It's hard to think that same boy could be accused of such horrible things. I am sad for Alexi and what he is going through, but I feel worse for the families of the victims. I hope I have the chance to see Alexi again one day and remind him how much we care about him.

Thank you very much,

Rosa Saravia

# **DECLARATION OF ARNALDO PEREZ**

My name is Arnaldo Perez. I declare that the following is true and correct to the best of my knowledge:

I am a bilingual and bicultural Puerto Rican. I understand and am fluent in both the Spanish and English languages. I have reviewed the Spanish language declaration of Rosa Saravia, dated April 25, 2025, and certify that the attached English translation of Ms. Saravia's declaration is accurate.

I declare under penalty of perjury that the foregoing is true and correct.

_____

Arnaldo Perez

24 de abril de 2025


Juez Brown:

Mi nombre es Roxana Corea. Yo soy la hermana mayor de Alexi y le escribo para apoyarlo. Lo amo profundamente. Espero que esta carta le ayude a ver la persona que yo veo cuando miro a Alexi. Él es un niño callado, amable y juguetón que sufrió muchas penas y nunca recibió el apoyo que necesitaba. Los crímenes por los cuales se declaró culpable son serios y él tiene que enfrentar las consecuencias. Juez Brown, yo quiero que tu sepas que Alexi no es una mala persona. Tiene muchas calidades positivas y le pido que, cualquier sentencia que le dé, lo haga sin destruir todas las esperanzas, no solo de él sino también de su familia.

Yo he conocido a Alexi desde que nació, cuando vivía en El Salvador. En ese tiempo, mi mamá, Marta, y yo vivíamos con mi abuela, Mercedes, en una casa pequeña en Montecristo. Mi mamá y mi abuela trabajaban muy duro, pero se les hizo difícil ganar suficiente dinero para apoyar a nuestra familia. A veces no teníamos suficiente comida para todos y teníamos que pasar hambre. Fue una vida difícil, pero hicimos lo mejor que podíamos.

Mientras vivíamos en Montecristo, mi mamá conoció al papá de Alexi, Ruben. Empezaron una relación, pero pronto se convirtió abusiva. Ruben era un hombre violento y yo lo vi pegarle a mi mamá constantemente. Aun cuando ella estaba embarazada de Alexi, Ruben le seguía dando puños y patadas. Algunas veces le pegaba con un cincho. También le pegaba a Alexi, a pesar de que era un bebe. Todos vivíamos con un miedo constante, sin saber cuando Ruben iba a venir a nuestra casa y atacar a mi mamá o mis hermanos. La violencia era tan mala que mi mamá decidió irse de El Salvador para escaparse de él, dejándome a mí y a mis hermanos con mi abuela. Fue tan doloroso perderla, pero yo creo que si no se hubiera ido, Ruben la hubiese matado.

Después que se fue mi mamá, la violencia de Ruben hacia Alexi se hizo más extrema. Venía a nuestra casa en el medio de la noche y lo sacaba afuera para pegarle. Yo escuchaba a Alexi gritando y llorando mientras Ruben lo ahorcaba con un cincho. A veces ponía a Alexi en el medio de la carretera, esperando a que un carro lo atropellara. Otras veces no dejaba que comiera. Mi abuela no nos pudo proteger y las otras personas le tenían demasiado miedo a Ruben para tratar de detenerlo. Me sentí tan inpotente, viéndolo pegarle a Alexi y orando que no lo matara. Este abuso siguió por años hasta que Ruben se suicidó con veneno. Despues de su muerte, Alexi tuvo problemas socializando con otras personas porque Ruben no lo dejaba hablar con nadie. Recordando ese tiempo, es claro que todo ese sufrimiento que pasó Alexi le afectó profundamente.

La escuela siempre fue difícil para Alexi. No podía entender las lecciones de sus maestras y le tomó mucho tiempo aprender a leer y escribir. Siempre necesitaba ayuda adicional y aun cuando le daban más ayuda, se le hacía difícil entender las cosas. Sus notas eran tan bajas que tuvo que repetir el primer grado más de una vez. Yo traté de ayudarlo con sus tareas pero no importaba cuantas veces se lo explicaba, no podía entenderlo. Como él era callado y se le hacía difícil aprender, los otros muchachos se burlaban de él. A veces le pegaban. Cuando le pegaban, Alexi ni se trataba de defender. Solo empezaba a llorar. Fue tan difícil para mí ver que se burlaban de él, sabiendo todo lo que le había pasado. Especialmente ahora, que tengo un hijo que está en educación especial, puedo ver que Alexi no tuvo el apoyo que necesitaba para salir bien en la escuela. Se merecía algo mejor y si le hubiesen dado esos servicios, tendría una mejor oportunidad de desarrollarse en un individuo exitoso.

En el 2011, cuando Alexi tenía dieciséis años, él decidió irse de El Salvador para ir a los Estados Unidos y estar con nuestra madre. La extrañaba tanto y tenía esperanzas de verla de nuevo desde que era un niño joven. Aunque tenía pocas memorias de ella, yo creo que Alexi sentía que necesitaba a nuestra mamá para darle el amor que nunca recibió de su papá. Fue tan triste verlo irse y me preocupé por él, pero esperaba que estuviese más feliz en Estados Unidos.

En el 2014, vine a los Estados Unidos con mi hijo mayor, Fabrisio. Vine a vivir con mi mamá y vi a Alexi otra vez. Cuando lo vi, me di cuenta que había cambiado. Jugaba con mi hijo como si tuvieran la misma edad. Ahora que entiendo más de la educación especial, puedo ver que esto era una señal que Alexi no se estaba desarrollando como un joven de dieciséis años. Alexi no estaba en clases de educación especial en Islip High School. Tuvo dificultad con el trabajo de clase y verdaderamente no lo entendía. A pesar de que no lo sabía entonces, él estaba frustrado porque no entendía el trabajo de clase y entonces dejó de ir a la escuela. Alexi no hablaba inglés y tampoco se podía comunicar con sus maestras que no hablaban en español.

Me entristece tanto pensar en Alexi y en todo el sufrimiento que ha pasado. Era un niño tan amable y se merecía una mejor vida que la que tuvo. Tanta gente le falló a través de su vida y quisiera haber podido hacer más para ayudarlo. Cuando aprendí de los cargos, no podía creerlo porque Alexi es callado, amoroso y amable. No me hacía sentido y todavía no lo entiendo. El hermano que yo conozco no es el hermano que ha presentado las noticias. Me siento terrible por todas las familias que han perdido seres queridos. No puede ser fácil para ellos. Rezo para que todos puedan encontrar paz. Mi hermano ha aceptado la responsabilidad de sus crímenes y espero que él también pueda encontrar paz, echar hacia adelante y convertirse en una mejor persona. Por favor deele la oportunidad para hacer eso. Su senoria, espero que Dios guie su corazon al decidir la sentencia de mi hermano y que sea misericordioso con el. Tengo confianza que su decision sera justa y espero que Dios lo bendiga.

Gracias por leer estas palabras,

Roxana Corea

April 24, 2025

Judge Brown:

My name is Roxana Corea. I am Alexi Saenz's older sister, and I am writing to you to support him. I love him deeply. I hope this letter will help you see the person I see when I look at Alexi. He is a quiet, kind, and playful boy who suffered a lot of hardship and never got the support he needed.  The crimes he pleaded guilty to are serious and he has to face the consequences.  Judge Brown, I want you to know that Alexi is not a bad person.  He has many positive qualities and I ask that whatever sentence you give him, you do so without completely destroying all hope not just for him but for his family too.

I have known Alexi since he was born, when I lived in El Salvador. At the time, my mother, Marta, and I lived with my grandmother, Mercedes, in a small house in Montecristo. My mother and my grandmother worked very hard, but struggled to make enough money to support our family. Sometimes we didn't have enough food for everyone and we had to go hungry. It was a hard life, but we did the best we could.

While we lived in Montecristo, my mother met Alexi's father, Ruben. They began a relationship, but it quickly became abusive. Ruben was a violent man, and I watched him beat my mother constantly. Even while she was pregnant with Alexi, Ruben would continue to punch and kick her. Sometimes he would hit her with a belt. He would also beat Alexi, even though he was just a baby. We all lived in constant fear, not knowing when Ruben would come to our home and attack my mother or my brothers. The violence was so bad that my mother decided to leave El Salvador to escape him, leaving me and my brothers with our grandmother. It was so painful to lose her, but I believe that if she hadn't left, Ruben would have killed her.

After my mother left, Ruben's violence towards Alexi became more extreme. He would come to our house in the middle of the night and drag him outside to beat him. I would hear Alexi screaming and crying while Ruben choked him with a belt. Sometimes he put Alexi in the middle of the road, hoping that a car would run him over. Other times, he wouldn't let him eat. My grandmother wasn't able to protect us, and everyone else was too scared of Ruben to try to stop him. I felt so helpless, watching him beat Alexi and praying that he didn't kill him. This abuse went on for years, until Ruben committed suicide by poisoning himself. After his death, Alexi had trouble socializing with other people because Ruben would not let him speak with anyone. Thinking back on that time, it is clear that all the suffering Alexi experienced from his father affected him deeply.

School was always hard for Alexi. He was not able to understand his teachers' lessons and it took him a long time to learn how to read and write. He always needed extra help, and even with the extra help, he still had difficulty understanding things.  His grades were so low that he had to repeat the first grade more than once. I tried to help him with his homework but no matter how many times I explained something to him, he could not understand it. Because he was quiet and had trouble learning, other kids would make fun of him. Sometimes they would hit him. When they did, Alexi wouldn't even try to defend himself. He would just start crying. It was so hard for me to see him getting picked on, knowing everything he had been through. Especially now that I have a child who was placed in special education, I can see that Alexi did not have the support he needed to succeed in school. He deserved better, and if he had gotten those services, he would've had a better chance to develop into a successful individual.

In 2011, when Alexi was sixteen years old, he decided to leave El Salvador to go to the U.S. and be with our mother. He missed her so much and had hoped to see her again ever since he was a young child. Even though he had very few memories of her, I think Alexi felt that he needed our mother to give him the love he never got from his father. It was sad to see him go and I worried about him, but I hoped that he would be happier in the U.S.

In 2014, I came to the U.S. with my oldest son, Fabrisio. I came to live with my mother and saw Alexi again. When I saw him, I noticed that he had changed. He would play with my son as if they were the same age. Now that I understand more about special education, I can see that this was a sign that Alexi was not developing like a normal sixteen-year-old. Alexi was not in special education classes at Islip High School.  He struggled with the class-work and really did not understand it.  Although I did not know it then, he was frustrated with not being able to understand his school-work and then he stopped going to school.  Alexi did not speak English and also could not communicate with his teachers who did not speak Spanish.

It makes me so sad to think about Alexi and all of the suffering he has gone through. He was such a sweet boy and he deserved a better life than the one he had. So many people failed him throughout his life and I wish I could have done more to help him. When I learned about the charges, I could not believe it because Alexi is quiet, warm and kind.  I did not make sense to me and still doesn't.  The brother I know is not the brother that has been portrayed by the news.  I feel terrible for all of those families who lost their loved ones. It cannot be easy for them.  I pray that they can all find peace. My brother has accepted responsibility for his crimes and I hope that he too, can find peace, move forward and become a better person. Please give him the chance to do that. Your honor, I hope that God guides your heart when deciding my brother's sentence and that you are merciful with him. I am confident that your decision will be just and I hope that God blesses you.

Thank you for reading these words,

Roxana Corea

## <u>DECLARATION OF ARNALDO PEREZ</u>

My name is Arnaldo Perez. I declare that the following is true and correct to the best of my knowledge:

I am a bilingual and bicultural Puerto Rican. I understand and am fluent in both the Spanish and English languages. I have reviewed the Spanish language declaration of Roxana Corea, dated April 24, 2025, and certify that the attached English translation of Ms. Corea's declaration is accurate.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Arnaldo Perez