Defense Exh. F

# U.S. Department of Justice

Federal Bureau of Prisons

MDC Brooklyn Education Department

Presents this Certificate to

**Alexi Saenz**

In recognition of your completion of instruction course

**Alternatives to Drug Dealing**

at

MDC Brooklyn

**April 29th, 2019**

C. Bramble – Education Technician

# MDC Brooklyn Recreation Department

This is to Certify that

*Alexi Saenz*

*Sentry Class ( Art )*

At MDC Brooklyn

This certificate is hereby issued this 9ⁿᵈ day of October 2023



*D. Outlaw*

Recreation Specialist



THE IMPORTANCE OF ART

# MDC Brooklyn Recreation Department

*This is to Certify that*

## Alexi Saenz

*Has Successfully Completed*

## Structured Exercise Program Stretches

*At MDC Brooklyn*

*This certificate is hereby issued this 1st day of November, 2023*

## I. White

*Recreation Specialist*



# MDC Brooklyn Recreation Department

This is to Certify that

*Alexi Saenz*

Has Successfully Completed
**STRUCTURED ACTIVITY**
*CIRCUIT TRAINING*

At MDC Brooklyn

This certificate is hereby issued this 3rd day of June 2024

*J White*

Recreation Specialist

# MDC Brooklyn Recreation Department



This is to Certify that

*Alexi Saenz*

Has Successfully Completed

*Sentry Origami Class*

At MDC Brooklyn

This certificate is hereby issued this 7th day of June 2024

I. White

Recreation Specialist



# MDC Brooklyn Recreation Department

This is to Certify that

*Alexi Saenz*

Has Successfully Completed

*Structured Exercise*

*Jogging*

At MDC Brooklyn

This certificate is hereby issued this 1st day of July, 2024

*J. White*

Recreation Specialist



# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

## Alexi Saenz

Reg. No. 89991-053



## *has satisfactorily completed*

### The Coping Skills Psychology Workbook

*and is hereby awarded this certificate, this 20th day of August 2024.*

_____
Dr. Ibrahim
Staff Psychologist

# U.S. Department of Justice
# Federal Bureau of Prisons
# Certificate of Completion

We present this Certificate to

*Alexi Sebastia Saenz*

---

## Your Money Values and Influences

*Money is either a good or bad influence, according to the character of the person who possesses it.*

*J. Murray*

**J. Murray - Teacher**

**August 22, 2024**

# MDC Brooklyn Recreation Department

*This is to Certify that*

## Alexi Saenz

*Has Successfully Completed*

## Recreation & Leisure Sentry Class

*At MDC Brooklyn*

*This certificate is hereby issued this 3rd Day of September, 2024*

*J. White*

Recreation Specialist





# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

We present this Certificate to

*Sebastia Alexi Saenz*

**You Can Bank On It**

"Knowledge of banking products is the first step to financial empowerment; understanding them turns opportunities into strategic decisions."

*J. Murray*

J. Murray - Teacher

**September 4, 2024**


# U.S. Department of Justice
# Federal Bureau of Prisons
# Certificate of Completion

We present this Certificate to

*Alexi Sebastia Saenz*

## Your Income and Expenses

*"Your expenses will rise to meet your increase income, unless you are on a mission".*

*J. Murray*

**J. Murray - Teacher**
**September 18, 2024**

# U.S. Department of Justice
# Federal Bureau of Prisons
# Certificate of Achievement

We present this certificate to

## ALEXI SAENZ

**K2 AWARENESS – 10 SENTRY CREDITS**
"The greatest achievement is to outperform yourself."
— Denis Waitley

*M. John Pierre*
Mrs. M. John-Pierre – Supervisor of Education
Metropolitan Detention Center

*C. Emile*
Mrs. C. Emile - Teacher
October 1, 2024

# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

We present this Certificate to

*Alexi Sebastia Saenz*

## Your Spending and Savings

"Set aside a portion of your income as savings and then spend what's left. Don't do it the other way around. "The price of anything is the amount of life you exchange for it."

*J. Murray*

J. Murray - Teacher
**October 2, 2024**




# Certificate of Completion

This certifies that

## ALEXI SAENZ

Completed the following class:

## The National Parenting Program: Phase One

10/10/2024
_____
DATE



_G. Matey_
G. Matey, Special Population Coordinator

**MDC BROOKLYN**

# MDC Brooklyn Recreation Department

This is to Certify that

## Alexi Saenz

*Sentry Journal (Health Journal)*

At MDC Brooklyn

This certificate is hereby issued this 21th day of February 2025

**I. White**

Recreation Specialist



# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

**Alexi Saenz**

Reg. No. 89991-053



## has satisfactorily completed

**The Managing My Emotions Psychology Workbook**

and is hereby awarded this certificate, this 13th day of March 2025.

_____
Dr. Ibrahim
Staff Psychologist

# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

*This certifies that:*

**Alexi Saenz**

*Reg. No. 89991-053*



## has satisfactorily completed

### The What Got Me Here Psychology Workbook

*and is hereby awarded this certificate, this 23rd day of April 2025.*

Dr. Ibrahim
Staff Psychologist