EXHIBIT 1





**Extraction Report** - Apple iOS Full File system

---

## Participants


16462622450@s.whatsapp.net
Pla


16316640669@s.whatsapp.net
(owner)

---

## Conversation - Instant Messages (141)

From: System Message System Message

Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more

**Platform:** Mobile
**Label:** System

7/13/2024 2:34:15 AM(UTC+0)

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x87352 (Table: ZWAMESSAGE; Size: 1839104 bytes)

From: 16462622450@s.whatsapp.net Pla

Kiuvo dog

**Status:** Read
**Platform:** Mobile

7/13/2024 2:34:15 AM(UTC+0)

What's up Dog?

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x879D8 (Table: ZWAMESSAGE; Size: 1839104 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

1

From: 16462622450@s.whatsapp.net Pla

**Attachments:**



Size: 37390
File name: ce83eeba-dccc-41a5-9853-80425754b527.jpg
Path: https://mmg.whatsapp.net/v/t62.7118-24/40753062_856289265865151_1471213820648856378_n.enc?ccb=11-4&oh=01_Q5AaIM-C1SFWbO4X0bIPkG_kbfdRVkktr8jqBMQpysiVK3Yf&oe=66B94303&_nc_sid=5e03e0&mms3=true

ce83eeba-dccc-41a5-9853-80425754b527.jpg

**Status:** Read
**Platform:** Mobile

7/13/2024 2:34:42 AM(UTC+0)

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x87708 (Table: ZWAMESSAGE, ZWAMEDIAITEM; Size: 1839104 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/Message/Media/16462622450@s.whatsapp.net/c/e/ce83eeba-dccc-41a5-9853-80425754b527.jpg : (Size: 37390 bytes)

Image of lettering saying legal mail,

From: 16462622450@s.whatsapp.net Pla

**Attachments:**



Size: 66796
File name: 848afd78-7e72-4aea-9571-c69b698b1898.jpg
Path: https://mmg.whatsapp.net/v/t62.7118-24/12474714_1214218816588136_5106813447810288829_n.enc?ccb=11-4&oh=01_Q5AaIF5nxzPaXQHsqCUxY1gjLS-F9XxJprWhDcva8hK90akx&oe=66B960B8&_nc_sid=5e03e0&mms3=true

848afd78-7e72-4aea-9571-c69b698b1898.jpg

**Status:** Read
**Platform:** Mobile

7/13/2024 2:35:02 AM(UTC+0)

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x8766D (Table: ZWAMESSAGE, ZWAMEDIAITEM; Size: 1839104 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/Message/Media/16462622450@s.whatsapp.net/8/4/848afd78-7e72-4aea-9571-c69b698b1898.jpg : (Size: 66796 bytes)

Image of front of white Manila envelope

**From:** 16462622450@s.whatsapp.net Pla

**Attachments:**

Title: Duration: 00:00:26
Size: 63143
File name: d396fdd4-d94f-4067-bb6d-c4d6e662513e.opus
Path: https://mmg.whatsapp.net/v/t62.7117-24/56458052_1577686596434555_2797727233421902558_n.enc?ccb=11-4&oh=01_Q5AaIM9LRV4qEjW0hIY3AZrSgPMEDMLiWGHQ0p-XKDdQu0oD&oe=66BE7A1F&_nc_sid=5e03e0&mms3=true
d396fdd4-d94f-4067-bb6d-c4d6e662513e.opus

**Status:** Read

**Platform:** Mobile

7/17/2024 12:21:24 AM(UTC+0)

No dog, it's not with money. Well, that gig, yes, but I don't think you're going to be able to do that gig, do you understand me because you haven't said anything to me. What I need is for you to go to Staples, do you understand me, to buy some of those things, those things cost like five bucks, each of those little things, maybe less. I need you to go there, because if you go there, and I'm going to explain to you what you're going to do, well to buy and all of that because I can buy the pages. Do you understand me, OK.

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x87946 (Table: ZWAMESSAGE, ZWAMEDIAITEM; Size: 1839104 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/Message/Media/16462622450@s.whatsapp.net/3/d396fdd4-d94f-4067-bb6d-c4d6e662513e.opus : (Size: 63143 bytes)

---

**From:** 16462622450@s.whatsapp.net Pla

**???**

**Status:** Read

**Platform:** Mobile

7/17/2024 12:23:46 AM(UTC+0)

???

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x873E1 (Table: ZWAMESSAGE; Size: 1839104 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

---

**From:** 16462622450@s.whatsapp.net Pla

**??**

**Status:** Read

**Platform:** Mobile

7/17/2024 12:23:48 AM(UTC+0)

??

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x878AF (Table: ZWAMESSAGE; Size: 1839104 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16316640669@s.whatsapp.net  (owner)
To: 16462622450@s.whatsapp.net Pla

D1 dogy escribimelo

Right away doggy write it for me

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| 16462622450@s.whatsapp.net Pla | 7/17/2024 1:26:28 AM(UTC+0) | 7/17/2024 5:54:05 PM(UTC+0) | |

**Status:** Read
**Platform:** Mobile

7/17/2024 12:59:35 AM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x87F7F (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-
624247312BE5/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0xFD6C
(Size: 100393 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

**Attachments:**

Title: Duration: 00:00:07
Size: 17481
File name: 879f14d8-fecd-40b0-95cd-6b000c815690.opus
Path: https://mmg.whatsapp.net/v/t62.7117-
24/41230278_79575085570010 4_5338722843324245459_n.enc?ccb=11-
4&oh=01_Q5AaIDCwIYsqTyLyQMKdiwDQT3hIWi1eUZg9x7C0sd99q3Dij&oe=66BF6E
56&_nc_sid=5e03e0&mms3=true
**879f14d8-fecd-40b0-95cd-6b000c815690.opus**

**Status:** Read
**Platform:** Mobile

7/17/2024 5:54:29 PM(UTC+0)

OK, very well, I will call you later on, but answer the phone dude because I need you to do that for me.

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x87EEE (Table: ZWAMESSAGE,
ZWAMEDIAITEM; Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-
624247312BE5/Message/Media/16462622450@s.whatsapp.net/8/7/879f14d8-fecd-40b0-
95cd-6b000c815690.opus .  : (Size: 17481 bytes)

From: 16462622450@s.whatsapp.net Pla

Yo

**Status:** Read
**Platform:** Mobile

7/18/2024 5:13:44 PM(UTC+0)

Yo

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x87119 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

Attachments:



Size: 65840
File name: 168ab6f7-bfce-4242-a7ce-a250f08b3ffd.jpg
Path: https://mmg.whatsapp.net/v/t62.7118-24/32245758_1027727562252971_8029354015662266501_n.enc?ccb=11-4&oh=01_Q5AaIIxv7zpaSUwUHiM0uXRU6OLpvizMFtV4YYGstrRRZzri&oe=66C0DC62&_nc_sid=5e03e0&mms3=true

**168ab6f7-bfce-4242-a7ce-a250f08b3ffd.jpg**

**Status:** Read

**Platform:** Mobile

7/18/2024 7:42:31 PM(UTC+0)

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x871AF (Table: ZWAMEDIAITEM; Size: 1839104 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/Message/Media/16462622450@s.whatsapp.net/1/6/168ab6f7-bfce-4242-a7ce-a250f08b3ffd.jpg :  (Size: 65840 bytes)

Image of what appears to be an envelope

Yoo

From: 16316640669@s.whatsapp.net  (owner)
To: 16462622450@s.whatsapp.net Pla

Yoo

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| 16462622450@s.whatsapp.net Pla | 7/19/2024 8:18:49 PM(UTC+0) | 7/20/2024 4:10:29 PM(UTC+0) | |

**Status:** Read

**Platform:** Mobile

7/19/2024 8:18:48 PM(UTC+0)

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xAB986 (Table: ZWAMESSAGE; Size: 1839104 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0xFD6C (Size: 100393 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

Yo

**Status:** Read

**Platform:** Mobile

7/20/2024 4:10:31 PM(UTC+0)

Yo

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xAB872 (Table: ZWAMESSAGE; Size: 1839104 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

Yo

**Status:** Read

**Platform:** Mobile

7/20/2024 4:54:37 PM(UTC+0)

Yo

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xAB742 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

What's up

**Status:** Read

**Platform:** Mobile

7/20/2024 4:54:40 PM(UTC+0)

What's up?

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xAB7D6 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

**Attachments:**

MVGN3TO
Shared
**User ID:**
WhatsApp User Id 14125923032@s.whatsapp.net

**Phone:**
Mobile +1 (412) 592-3032

**Status:** Read

**Platform:** Mobile

8/15/2024 12:52:52 AM(UTC+0)

[Blank.]

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC9409 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite/vcard/vcard/vcard: MVGN3TO : 0x29
(Size: 109 bytes)

**From:** 16462622450@s.whatsapp.net Pla

**Attachments:**

Title: Duration: 00:00:35
Size: 79589
File name: 6f1c0f26-2e0a-4a54-bd13-20235c51cd35.opus
Path: https://mmg.whatsapp.net/v/t62.7117-24/11916803_927275842777137_7910127860216633382_n.enc?ccb=11-4&oh=01_Q5AaIENgWBfKobpxn_shiDie7Zxs9vOGw3GqIoq3pwtidOFJ&oe=66E4CC51&_nc_sid=5e03e0&mms3=true
6f1c0f26-2e0a-4a54-bd13-20235c51cd35.opus

**Status:** Read

**Platform:** Mobile

8/15/2024 12:53:31 AM(UTC+0)

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC9873 (Table: ZWAMESSAGE, ZWAMEDIAITEM; Size: 1839104 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/Message/Media/16462622450@s.whatsapp.net/6/f/6f1c0f26-2e0a-4a54-bd13-20235c51cd35.opus :  (Size: 79589 bytes)

OK that's the number. Text him to that number. And also send him the screenshot to that number once you have sent that errand. And let him know that, that is on behalf of Placky. And also let him know that the money is taken care of and please tomorrow first thing in the morning we're going to do that errand. But text him through WhatsApp. And send him something, don't just send him a message like that, if it's possible, call that son of a bitch by video and tell him through a video because you know, it's more trustworthy like that. But send him a message showing him the screenshot of that errand, and explain it to him .

---

**From:** 16462622450@s.whatsapp.net Pla

Kiuvo carnal isistes El envio

**Status:** Read

**Platform:** Mobile

8/15/2024 12:50:27 PM(UTC+0)

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC92DA (Table: ZWAMESSAGE; Size: 1839104 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

What's up brother, did you send THE shipment/package?

---

**From:** 16462622450@s.whatsapp.net Pla

Deleted by the sender

**Status:** Read

**Platform:** Mobile

**Label:** Recalled

8/20/2024 2:27:10 AM(UTC+0)

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC9766 (Table: ZWAMESSAGE; Size: 1839104 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

Deleted by the sender

➤ **Forwarded**

From: 16462622450@s.whatsapp.net Pla

Isa mitchell

**Status:** Read
**Platform:** Mobile
**Label:** Forwarded

8/20/2024 2:27:11 AM(UTC+0)

[Forward] - Isa mitchell

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC923C (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

➤ **Forwarded**

From: 16462622450@s.whatsapp.net Pla

$QueenEssssssss

**Status:** Read
**Platform:** Mobile
**Label:** Forwarded

8/20/2024 12:01:15 PM(UTC+0)

Forwarded - $QueenEssssss

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC9199 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

5g

**Status:** Read
**Platform:** Mobile

8/20/2024 11:24:27 PM(UTC+0)

5g

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC9DDC (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

Verizon

**Status:** Read
**Platform:** Mobile

8/20/2024 11:24:28 PM(UTC+0)

Verizon

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC9F0B (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

**Attachments:**



Size: 60101
File name: 1af62477-5b6b-42cc-901b-cecb8a395b50.jpg
Path: https://mmg.whatsapp.net/v/t62.7118-
24/31798026_896727242512244_1965924941975669222_n.enc?ccb=11-
4&oh=01_Q5AaIJOqC-
CLIXV48XE_q2GyUSzixWszoUNlrqNm1wbSQPQ6&oe=66EC9CCE&_nc_sid=5e03e0
&mms3=true
1af62477-5b6b-42cc-901b-cecb8a395b50.jpg

**Status:** Read
**Platform:** Mobile

8/20/2024 11:24:32 PM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC9E72 (Table: ZWAMESSAGE,
ZWAMEDIAITEM; Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-
624247312BE5/Message/Media/16462622450@s.whatsapp.net/1/a/1af62477-5b6b-42cc-
901b-cecb8a395b50.jpg :  (Size: 60101 bytes)

BULKSIM5G – SA – A
Image of barcodes

From: 16462622450@s.whatsapp.net Pla

**89148000006556926457**
**Status:** Read
**Platform:** Mobile

8/20/2024 11:29:08 PM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC90F1 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

[Blank] - the numbers on the barcodes

↩ Reply
From: 16462622450@s.whatsapp.net Pla

From: 16462622450@s.whatsapp.net Pla

**89148000006556926457**
**Status:** Read
**Platform:** Mobile

8/20/2024 11:29:08 PM(UTC+0)

SIM card
**Status:** Read
**Platform:** Mobile
**Label:** Reply

8/20/2024 11:29:23 PM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC9D42 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

[blank]  the numbers on the barcodes- SIM Card

9

➤ Forwarded

From: 16462622450@s.whatsapp.net Pla

Attachments:



Size: 52512
File name: 49ddcf4a-c3be-4804-ba66-98d7092b1866.jpg
Path: https://mmg.whatsapp.net/o1/v/t62.7118-24/f1/m233/up-oil-image-4492bfe0-
3b53-4e35-a791-302bc5cf7bc9?ccb=9-4&oh=01_Q5AaIHOifS1l8Cb7CGJsJQ8O-
idRjceIPqheqGficEALxG5c&oe=66EC7F43&_nc_sid=000000&mms3=true
49ddcf4a-c3be-4804-ba66-98d7092b1866.jpg

Status: Read

Platform: Mobile

Label: Forwarded

8/20/2024 11:37:40 PM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC9C12 (Table: ZWAMESSAGE,
ZWAMEDIAITEM; Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-
624247312BE5/Message/Media/16462622450@s.whatsapp.net/4/9/49ddcf4a-c3be-4804-
ba66-98d7092b1866.jpg : (Size: 52512 bytes)

[Image of phone Text from
info for Luisa Reyes, 631-796–1124
RA $500 Apple Cash]

From: 16462622450@s.whatsapp.net Pla

TracFone

Status: Read

Platform: Mobile

8/21/2024 12:34:36 AM(UTC+0)

Tracfone

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC9B76 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

← Reply

From: 16462622450@s.whatsapp.net Pla

From: 16462622450@s.whatsapp.net Pla

**TracFone**

**Status:** Read
**Platform:** Mobile

8/21/2024 12:34:36 AM(UTC+0)

REPLY - Tracfone

OK, just the way it appears there. Tell him to put in the Internet TracFone and to look for the number and to call and tell them that he wants to pay for an unlimited, 5G phone. The plan is for about $50 or $60. Tell him to do that, to call TracFone. I am sending you the number of the SIM card shortly.

**Attachments:**

Title: Duration: 00:00:19
Size: 43767
File name: 222b7af9-4134-49b9-ba2a-abb3cf79969c.opus
Path: https://mmg.whatsapp.net/v/t62.7117-24/35854111_1144520546652640_270710466365068630_n.enc?ccb=11-4&oh=01_Q5AaIEHJWbpAaRCqVfZ8vyGgjZ-eewvwt2ApY3Rr7S7Dofjn&oe=66ECA5E4&_nc_sid=5e03e0&mms3=true
**222b7af9-4134-49b9-ba2a-abb3cf79969c.opus**

**Status:** Read
**Platform:** Mobile
**Label:** Reply

8/21/2024 12:35:08 AM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC9AE4 (Table: ZWAMESSAGE,
ZWAMEDIAITEM; Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-
624247312BE5/Message/Media/16462622450@s.whatsapp.net/2/2/222b7af9-4134-49b9-
ba2a-abb3cf79969c.opus : (Size: 43767 bytes)

From: 16462622450@s.whatsapp.net Pla

**89148000009759924253**

**Status:** Read
**Platform:** Mobile

8/21/2024 12:35:43 AM(UTC+0)

89148000009759924253

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xE2ACF (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

**Attachments:**

Title: Duration: 00:00:03
Size: 7271
File name: da098583-2aa3-47af-83d7-4acb46c2c18a.opus
Path: https://mmg.whatsapp.net/v/t62.7117-
24/40890242_1222628098749776_1890799022770864458_n.enc?ccb=11-
4&oh=01_Q5AaIL T7Pl5ikE0YK9e-
fTtmYeaN9bwy7_7YdpCc4orUlVZm&oe=66ECBA21&_nc_sid=5e03e0&mms3=true
da098583-2aa3-47af-83d7-4acb46c2c18a.opus

**Status:** Read

**Platform:** Mobile

8/21/2024 12:35:49 AM(UTC+0)

OK, that is the Sim card number

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC9CAE (Table: ZWAMESSAGE,
ZWAMEDIAITEM; Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-
624247312BE5/Message/Media/16462622450@s.whatsapp.net/d/a/da098583-2aa3-47af-
83d7-4acb46c2c18a.opus :  (Size: 7271 bytes)

From: 16462622450@s.whatsapp.net Pla

**5g unlimited**

**Status:** Read

**Platform:** Mobile

8/21/2024 12:35:58 AM(UTC+0)

5G unlimited

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xE2A31 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

**Kiubo**

**Status:** Read

**Platform:** Mobile

8/21/2024 8:55:41 PM(UTC+0)

What's up

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xE23CD (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

↗ **Forwarded**

From: 16462622450@s.whatsapp.net Pla

**16463717360**

**Status:** Read
**Platform:** Mobile
**Label:** Forwarded

8/24/2024 2:11:43 AM(UTC+0)

Forwarded -16463717360

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xE20BC (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

↩ **Reply**

From: 16462622450@s.whatsapp.net Pla

> ↗ **Forwarded**
>
> From: 16462622450@s.whatsapp.net Pla
>
> **16463717360**
> **Status:** Read
> **Platform:** Mobile
> **Label:** Forwarded
>
> 8/24/2024 2:11:43 AM(UTC+0)

**Apple pay**
**Status:** Read
**Platform:** Mobile
**Label:** Reply

8/24/2024 2:33:45 PM(UTC+0)

Forwarded -16463717360

Apple pay

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xE291C (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

↗ **Forwarded**

From: 16462622450@s.whatsapp.net Pla

**16463717360**

**Status:** Read
**Platform:** Mobile
**Label:** Forwarded

8/24/2024 2:33:59 PM(UTC+0)

Forwarded -16463717360

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xE287D (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

Deleted by the sender

**Status:** Read
**Platform:** Mobile
**Label:** Recalled

8/24/2024 10:54:48 PM(UTC+0)

Deleted by the sender

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xE2777 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

K ondas

**Status:** Read
**Platform:** Mobile

8/28/2024 9:05:34 PM(UTC+0)

What's up?

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC1F9F (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

Dog

**Status:** Read
**Platform:** Mobile

8/28/2024 9:05:35 PM(UTC+0)

Dog

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC1F0A (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16316640669@s.whatsapp.net  (owner)
To: 16462622450@s.whatsapp.net Pla

Yoo

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| 16462622450@s.whatsapp.net Pla | 8/28/2024 9:05:44 PM(UTC+0) | 8/28/2024 9:05:44 PM(UTC+0) | |

**Status:** Read
**Platform:** Mobile

8/28/2024 9:05:42 PM(UTC+0)

Yoo

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC1E61 (Table: ZWAMESSAGE; Size: 1839104 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0xFD6C (Size: 100393 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16316640669@s.whatsapp.net  (owner)
To: 16462622450@s.whatsapp.net Pla

Kiuvo

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| 16462622450@s.whatsapp.net Pla | 8/28/2024 9:05:45 PM(UTC+0) | 8/28/2024 9:05:45 PM(UTC+0) | |

**Status:** Read
**Platform:** Mobile

8/28/2024 9:05:44 PM(UTC+0)

What's up?

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC1DB7 (Table: ZWAMESSAGE; Size: 1839104 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0xFD6C (Size: 100393 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

Mira podes mandar 100 baros por wester union ahorita

**Status:** Read
**Platform:** Mobile

8/28/2024 9:06:08 PM(UTC+0)

Hey, can you send $100 through Western Union right now?

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC1CF2 (Table: ZWAMESSAGE; Size: 1839104 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16316640669@s.whatsapp.net  (owner)
To: 16462622450@s.whatsapp.net Pla

Le voy a preguntar a Byron

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| 16462622450@s.whatsapp.net Pla | 8/28/2024 9:06:29 PM(UTC+0) | 8/28/2024 9:07:02 PM(UTC+0) | |

**Status:** Read
**Platform:** Mobile

8/28/2024 9:06:28 PM(UTC+0)

I am going to ask Byron

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC1C32 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-
624247312BE5/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0xFD6C
(Size: 100393 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

Preguntale

**Status:** Read
**Platform:** Mobile

8/28/2024 9:07:19 PM(UTC+0)

Ask him

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC1B97 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

Es una emergency

**Status:** Read
**Platform:** Mobile

8/28/2024 9:07:32 PM(UTC+0)

It is an emergency

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC1AF5 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16316640669@s.whatsapp.net (owner)
To: 16462622450@s.whatsapp.net Pla

No esta contestando ese loco ahorita

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| 16462622450@s.whatsapp.net Pla | 8/28/2024 9:10:05 PM(UTC+0) | 8/28/2024 9:10:08 PM(UTC+0) | |

**Status:** Read
**Platform:** Mobile

8/28/2024 9:09:49 PM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC1A2B (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-
624247312BE5/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0xFD6C
(Size: 100393 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

That dude is not answering right now.

From: 16462622450@s.whatsapp.net Pla

K ondas
**Status:** Read
**Platform:** Mobile

8/28/2024 9:10:04 PM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC1993 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

What's up?

From: 16462622450@s.whatsapp.net Pla

Y vos no andas ahi
**Status:** Read
**Platform:** Mobile

8/28/2024 9:10:22 PM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC17AB (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

How about you, do you have any on you right now?

From: 16462622450@s.whatsapp.net Pla

Dinero

**Status:** Read

**Platform:** Mobile

8/28/2024 9:10:25 PM(UTC+0)

Money

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC18FB (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

Y despues lo vas a recojer

**Status:** Read

**Platform:** Mobile

8/28/2024 9:10:47 PM(UTC+0)

And then you go and pick it up afterwards

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC184F (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

Right now nothing dog

From: 16316640669@s.whatsapp.net  (owner)
To: 16462622450@s.whatsapp.net Pla

Ahorita timado dog

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| 16462622450@s.whatsapp.net Pla | 8/28/2024 9:13:34 PM(UTC+0) | 8/28/2024 9:23:48 PM(UTC+0) | |

**Status:** Read

**Platform:** Mobile

8/28/2024 9:13:33 PM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC16F3 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-
624247312BE5/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0xFD6C
(Size: 100393 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16316640669@s.whatsapp.net (owner)
To: 16462622450@s.whatsapp.net Pla

Pero cuando conteste yo le indicó

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| 16462622450@s.whatsapp.net Pla | 8/28/2024 9:13:44 PM(UTC+0) | 8/28/2024 9:23:48 PM(UTC+0) | |

**Status:** Read

**Platform:** Mobile

8/28/2024 9:13:43 PM(UTC+0)

But I will let him know when he answers.

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC162C (Table: ZWAMESSAGE; Size: 1839104 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0xFD6C (Size: 100393 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

**Attachments:**

Title: Duration: 00:00:04
Size: 9391
File name: d6747a71-1519-41d2-990f-af2378c144e8.opus
Path: https://mmg.whatsapp.net/v/t62.7117-24/29211047_1232814744541325_3485875281219967698_n.enc?ccb=11-4&oh=01_Q5AaIEPOUBVEAVQX-7EZI0CaiiUhU-bqlAccx7tpH2p9wl9H&oe=66F71602&_nc_sid=5e03e0&mms3=true
**d6747a71-1519-41d2-990f-af2378c144e8.opus**

**Status:** Read

**Platform:** Mobile

8/28/2024 9:24:04 PM(UTC+0)

Oh, OK, OK, no man not a problem we'll see what we do then.

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC14FD (Table: ZWAMESSAGE, ZWAMEDIAITEM; Size: 1839104 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/Message/Media/16462622450@s.whatsapp.net/d/6/d6747a71-1519-41d2-990f-af2378c144e8.opus : (Size: 9391 bytes)

From: 16462622450@s.whatsapp.net Pla

Maura Elizabeth meza Diaz.          Honduras olanchito , yoro

**Status:** Read

**Platform:** Mobile

8/28/2024 9:28:52 PM(UTC+0)

Maura Elizabeth Meza días. Honduras Olanchito, Yoro

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC1428 (Table: ZWAMESSAGE; Size: 1839104 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

**Wester union**

**Status:** Read

**Platform:** Mobile

8/28/2024 9:30:18 PM(UTC+0)

Western Union

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC158F (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

↱ **Forwarded**

From: 16462622450@s.whatsapp.net Pla

I'm holding this shit for u until tomorrow because someone need all I have left is what I'm
holding for u

**Status:** Read

**Platform:** Mobile

**Label:** Forwarded

8/29/2024 1:31:06 AM(UTC+0)

[Forwarded] I'm holding this shit for you until tomorrow because someone need all I have left is what I am holding for you

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-
624247312BE5/ChatStorage.sqlite : 0xC132C (Table: ZWAMESSAGE; Size: 1839104 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-
624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

**Attachments:**



Size: 18383
File name: 6164b505-e0ae-4891-9d06-d62bf1c01f97.jpg
Path: https://mmg.whatsapp.net/v/t62.7118-
24/19152468_1234606177695104_6325912970626690723_n.enc?ccb=11-
4&oh=01_Q5AaIM4NAgKUAW2gJhFnOjOUwcyQXiydzhmYX825GPNcStz6&oe=66F7
61F6&_nc_sid=5e03e0&mms3=true
**6164b505-e0ae-4891-9d06-d62bf1c01f97.jpg**

**Status:** Read

**Platform:** Mobile

8/29/2024 3:09:25 AM(UTC+0)

[Screenshot of text messages with Chico Gdd - telling him that he's waiting on his cousin for the pages. Chico Gdd got excited saying someone wants all of them.]

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC1290 (Table: ZWAMESSAGE,
ZWAMEDIAITEM; Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-
624247312BE5/Message/Media/16462622450@s.whatsapp.net/6/1/6164b505-e0ae-4891-
9d06-d62bf1c01f97.jpg :  (Size: 18383 bytes)

20

➤ Forwarded

From: 16462622450@s.whatsapp.net Pla

16463717360

**Status:** Read
**Platform:** Mobile
**Label:** Forwarded

8/29/2024 9:59:33 PM(UTC+0)

[Forwarded]

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xC11F1 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

➤ Forwarded

From: 16462622450@s.whatsapp.net Pla

Hazel Dejesus

**Status:** Read
**Platform:** Mobile
**Label:** Forwarded

8/29/2024 9:59:34 PM(UTC+0)

Forwarded – Hazel DeJesus,

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xD92A4 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

Apple pay

**Status:** Read
**Platform:** Mobile

8/29/2024 10:07:29 PM(UTC+0)

Apple Pay.

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xD9E2C (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

Maura Elizabeth meza Diaz.        Honduras olanchito , yoro

**Status:** Read
**Platform:** Mobile

8/29/2024 10:07:48 PM(UTC+0)

Maura Elizabeth Meza Días. Honduras Olanchito,
Yoro

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-
BBCD-624247312BE5/ChatStorage.sqlite : 0xD9EC8 (Table: ZWAMESSAGE; Size: 1839104 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-
BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

**From:** 16462622450@s.whatsapp.net Pla

Wester union

**Status:** Read

**Platform:** Mobile

8/29/2024 10:08:38 PM(UTC+0)

Western union

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xD9F9A (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

**From:** 16462622450@s.whatsapp.net Pla

State yoro

**Status:** Read

**Platform:** Mobile

8/29/2024 10:15:18 PM(UTC+0)

State Yoro

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xD9CFB (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

**From:** 16462622450@s.whatsapp.net Pla

City olanchito

**Status:** Read

**Platform:** Mobile

8/29/2024 10:15:33 PM(UTC+0)

City, Olanchito,

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xD9B1B (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

**From:** 16462622450@s.whatsapp.net Pla

Country Honduras

**Status:** Read

**Platform:** Mobile

8/29/2024 10:15:34 PM(UTC+0)

Country Honduras

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xD9C59 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

**Maura Elizabeth meza Diaz**

**Status:** Read

**Platform:** Mobile

8/29/2024 10:15:34 PM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xD9A70 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

Maura Elizabeth Meza Días

From: 16462622450@s.whatsapp.net Pla

**Wester union**

**Status:** Read

**Platform:** Mobile

8/29/2024 10:15:50 PM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xD9BBB (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

Western Union

From: 16462622450@s.whatsapp.net Pla

**Attachments:**

Title: Duration: 00:00:10
Size: 23690
File name: afe31652-8647-4e70-bb5a-af8f08dd0873.opus
Path: https://mmg.whatsapp.net/v/t62.7117-
24/35080016_104158822096839788194626072275999990_n.enc?ccb=11-
4&oh=01_Q5AaIBFhE3zeoH6r3s8WnW8odM6cXtiKUv4k5bOlTVijdJd4&oe=66F853D
A&_nc_sid=5e03e0&mms3=true
**afe31652-8647-4e70-bb5a-af8f08dd0873.opus**

**Status:** Read

**Platform:** Mobile

8/29/2024 10:24:06 PM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xD9D9A (Table: ZWAMESSAGE,
ZWAMEDIAITEM; Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-
624247312BE5/Message/Media/16462622450@s.whatsapp.net/a/f/afe31652-8647-4e70-
bb5a-af8f08dd0873.opus :  (Size: 23690 bytes)

Look, I am going to disconnect myself from the phone right now.
If anything, reach out to me in an hour, and I am going to reach
out to you. OK, I will be reaching back to you at 7:30 because I'm
going to disconnect myself right now

23

From: 16462622450@s.whatsapp.net Pla

Deleted by the sender

**Status:** Read

**Platform:** Mobile

**Label:** Recalled

9/7/2024 2:41:52 PM(UTC+0)

Deleted by sender

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xD9485 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

Deleted by the sender

**Status:** Read

**Platform:** Mobile

**Label:** Recalled

9/7/2024 2:42:08 PM(UTC+0)

Deleted by sender

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xD9519 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

➤ Forwarded

From: 16462622450@s.whatsapp.net Pla

16463717360

**Status:** Read

**Platform:** Mobile

**Label:** Forwarded

9/8/2024 1:51:37 AM(UTC+0)

Forwarded 16463717360

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xD9345 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

➤ Forwarded

From: 16462622450@s.whatsapp.net Pla

Hazel Dejesus

**Status:** Read

**Platform:** Mobile

**Label:** Forwarded

9/8/2024 1:51:37 AM(UTC+0)

Forwarded - Hazel DeJesus

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xD93E4 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

Manda 500 ahi es Apple pay

**Status:** Read

**Platform:** Mobile

9/8/2024 1:51:55 AM(UTC+0)

Send $500 to that Apple Pay

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xD91F6 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

Right away.

From: 16316640669@s.whatsapp.net  (owner)
To: 16462622450@s.whatsapp.net Pla

D1

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| 16462622450@s.whatsapp.net Pla | 9/8/2024 2:12:47 PM(UTC+0) | 9/8/2024 2:41:39 PM(UTC+0) | |

**Status:** Read

**Platform:** Mobile

9/8/2024 2:09:11 PM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xDB3A6 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-
624247312BE5/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0xFD6C
(Size: 100393 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

➦ Forwarded

From: 16462622450@s.whatsapp.net Pla

16463717360

**Status:** Read

**Platform:** Mobile

**Label:** Forwarded

9/11/2024 5:53:57 PM(UTC+0)

Forwarded-16463717360

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xDBB65 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

➦ Forwarded

From: 16462622450@s.whatsapp.net Pla

Hazel Dejesus

**Status:** Read

**Platform:** Mobile

**Label:** Forwarded

9/11/2024 5:53:57 PM(UTC+0)

Forward - Hazel DeJesus

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xDBC04 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

Apple pay

**Status:** Read

**Platform:** Mobile

9/11/2024 5:54:54 PM(UTC+0)

Apple Pay

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xDBCA3 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

$300

**Status:** Read

**Platform:** Mobile

9/11/2024 5:55:58 PM(UTC+0)

$300.

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xDB92F (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

➤ Forwarded

From: 16462622450@s.whatsapp.net Pla

**Attachments:**



Size: 42834
File name: 2e0fb499-539c-4606-bbea-7170010be336.jpg
Path: https://mmg.whatsapp.net/v/t62.7118-24/21432558_489528634043061_5184056132539950397_n.enc?ccb=11-4&oh=01_Q5AaIMmXuG57sXeXPegcSJOhtiLHZduBag8wGrWe9djZtiKg&oe=670986D7&_nc_sid=5e03e0&mms3=true
**2e0fb499-539c-4606-bbea-7170010be336.jpg**

**Status:** Read

**Platform:** Mobile

**Label:** Forwarded

9/11/2024 8:27:40 PM(UTC+0)

Screenshot of $400 payment to B GZ - for K locotron

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xDBA44 (Table: ZWAMESSAGE,
ZWAMEDIAITEM; Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-
624247312BE5/Message/Media/16462622450@s.whatsapp.net/2/e/2e0fb499-539c-4606-
bbea-7170010be336.jpg :  (Size: 42834 bytes)

From: System Message System Message

Pla (16462622450@s.whatsapp.net) started a call.
status: Missed
type: audio call
duration: 00:00:00
1 joined:
Pla (16462622450@s.whatsapp.net)

**Platform:** Mobile

**Label:** System

9/12/2024 1:21:24 AM(UTC+0)

Missed call

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-
624247312BE5/ChatStorage.sqlite : 0xDB8A5 (Table: ZWAMESSAGE; Size: 1839104 bytes)

From: System Message System Message

Pla (16462622450@s.whatsapp.net) started a call.
status: Missed
type: audio call
duration: 00:00:00
1 joined:
Pla (16462622450@s.whatsapp.net)

**Platform:** Mobile

**Label:** System

9/12/2024 1:40:13 AM(UTC+0)

Missed call

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-
624247312BE5/ChatStorage.sqlite : 0xDB81A (Table: ZWAMESSAGE; Size: 1839104 bytes)

From: 16462622450@s.whatsapp.net Pla

K ondas

**Status:** Read

**Platform:** Mobile

9/12/2024 2:21:19 AM(UTC+0)

What's up?

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xDB780 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

➦ Forwarded

From: 16462622450@s.whatsapp.net Pla

**Attachments:**



Size: 28476
File name: 5d1742b8-bd54-4b80-8fa0-669e4f32f5b8.jpg
Path: https://mmg.whatsapp.net/o1/v/t62.7118-24/f1/m234/up-oil-image-f150552f-
5011-4a8b-952f-1994be1980d1?ccb=9-4&oh=01_Q5AaILif0OCs6JPgKMgOW7bOX-
4dFYdNFyK-XKiDoHUWaGj_&oe=6709BF41&_nc_sid=000000&mms3=true
**5d1742b8-bd54-4b80-8fa0-669e4f32f5b8.jpg**

**Status:** Read

**Platform:** Mobile

**Label:** Forwarded

9/12/2024 11:50:47 AM(UTC+0)

Forwarded -  screenshot of $13 Velasque

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xD6BE7 (Table: ZWAMESSAGE,
ZWAMEDIAITEM; Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-
624247312BE5/Message/Media/16462622450@s.whatsapp.net/5/d/5d1742b8-bd54-4b80-
8fa0-669e4f32f5b8.jpg :  (Size: 28476 bytes)

➤ Forwarded

From: 16462622450@s.whatsapp.net Pla

Attachments:



Size: 387687
File name: 115d9193-0b93-423f-b675-5080d0b66126.jpg
Path: https://mmg.whatsapp.net/o1/v/t62.7118-24/f1/m233/up-oil-image-92af6ecb-
2db8-4921-9306-47ec6b60d0bd?ccb=9-
4&oh=01_Q5AaICGrchlVo3CSyZB1KvBgbyRRglZP3rj3XvUE3kyy-jF-
&oe=670BCDCC&_nc_sid=000000&mms3=true
**115d9193-0b93-423f-b675-5080d0b66126.jpg**

**Status:** Read

**Platform:** Mobile

**Label:** Forwarded

9/13/2024 3:10:44 PM(UTC+0)

Forward -  [Image of apparent marijuana plant]

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xDB25F (Table: ZWAMESSAGE,
ZWAMEDIAITEM; Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-
624247312BE5/Message/Media/16462622450@s.whatsapp.net/1/1/115d9193-0b93-423f-
b675-5080d0b66126.jpg :  (Size: 387687 bytes)

From: System Message System Message

Pla (16462622450@s.whatsapp.net) started a call.
status: NotAnswered
type: audio call
duration: 00:00:00
1 joined:
Pla (16462622450@s.whatsapp.net)

**Platform:** Mobile

**Label:** System

9/14/2024 4:36:51 PM(UTC+0)

[Blank]

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-
624247312BE5/ChatStorage.sqlite : 0xE3F31 (Table: ZWAMESSAGE; Size: 1839104 bytes)

From: System Message System Message

Pla (16462622450@s.whatsapp.net) started a call.
status: Answered
type: audio call
duration: 00:01:10
2 joined:
Pla (16462622450@s.whatsapp.net)
 (owner)

**Platform:** Mobile

**Label:** System

9/14/2024 4:37:00 PM(UTC+0)

[Blank]

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-
624247312BE5/ChatStorage.sqlite : 0xE3E2E (Table: ZWAMESSAGE; Size: 1839104 bytes)

➦ Forwarded

From: 16462622450@s.whatsapp.net Pla

He still don't send

**Status:** Read

**Platform:** Mobile

**Label:** Forwarded

9/14/2024 6:49:23 PM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xE36E1 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

Forwarded - he still don't send

➦ Forwarded

From: 16462622450@s.whatsapp.net Pla

He playing games

**Status:** Read

**Platform:** Mobile

**Label:** Forwarded

9/14/2024 6:49:23 PM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xE3788 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

Forwarded – he playing games

➦ Forwarded

From: 16462622450@s.whatsapp.net Pla

All he have to do it cancel it and it go back to the person who sent it to him then they can
send it to me

**Status:** Read

**Platform:** Mobile

**Label:** Forwarded

9/14/2024 6:49:23 PM(UTC+0)

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-
624247312BE5/ChatStorage.sqlite : 0xE3BB7 (Table: ZWAMESSAGE; Size: 1839104 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-
624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

Forwarded – all you have to do it
cancel it and it go back to the person
who sent it to him then they can send
it to me

➔ Forwarded

From: 16462622450@s.whatsapp.net Pla

Or the person who sent it can cancel it too

**Status:** Read

**Platform:** Mobile

**Label:** Forwarded

9/14/2024 6:49:23 PM(UTC+0)

Forwarded – or the person who sent it can cancel it to

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-
6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xE39C5 (Table: ZWAMESSAGE; Size:
1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-
6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

➔ Forwarded

From: 16462622450@s.whatsapp.net Pla

He was supposed to send since Tuesday

**Status:** Read

**Platform:** Mobile

**Label:** Forwarded

9/14/2024 6:49:24 PM(UTC+0)

Forwarded – he was supposed to send it since Tuesday.

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xE3CB5 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

➔ Forwarded

From: 16462622450@s.whatsapp.net Pla

It's Saturday

**Status:** Read

**Platform:** Mobile

**Label:** Forwarded

9/14/2024 6:49:24 PM(UTC+0)

Forward it – it's Saturday

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xE382C (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

➦ Forwarded

From: 16462622450@s.whatsapp.net Pla

That's bad business

**Status:** Read

**Platform:** Mobile

**Label:** Forwarded

9/14/2024 6:49:24 PM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xE3B0F (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

Forwarded – that's bad business

➦ Forwarded

From: 16462622450@s.whatsapp.net Pla

Next time everything has to be sent 1 payment

**Status:** Read

**Platform:** Mobile

**Label:** Forwarded

9/14/2024 6:49:24 PM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-
6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xE3D6E (Table: ZWAMESSAGE; Size:
1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-
6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

Forwarded – next time everything has to be sent
one payment

➦ Forwarded

From: 16462622450@s.whatsapp.net Pla

Or I'm not sending because I don't like waiting.  I don't make you wait so business have
to be fair

**Status:** Read

**Platform:** Mobile

**Label:** Forwarded

9/14/2024 6:49:25 PM(UTC+0)

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-
624247312BE5/ChatStorage.sqlite : 0xE38CE (Table: ZWAMESSAGE; Size: 1839104 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-
624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

Forwarded – or I'm not sending
because I don't like waiting. I don't
make you wait so business has to
be fair.

From: System Message System Message

Pla (16462622450@s.whatsapp.net) started a call.
status: NotAnswered
type: audio call
duration: 00:00:00
1 joined:
Pla (16462622450@s.whatsapp.net)

**Platform:** Mobile

**Label:** System

9/14/2024 6:49:29 PM(UTC+0)

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-
624247312BE5/ChatStorage.sqlite : 0xE3A83 (Table: ZWAMESSAGE; Size: 1839104 bytes)

[Blank.]

➤ Forwarded

From: 16462622450@s.whatsapp.net Pla

16463717360

**Status:** Read

**Platform:** Mobile

**Label:** Forwarded

9/15/2024 6:52:52 PM(UTC+0)

Forwarded - 16463717360

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xEBF07 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

---

➤ Forwarded

From: 16462622450@s.whatsapp.net Pla

Hazel Dejesus

**Status:** Read

**Platform:** Mobile

**Label:** Forwarded

9/15/2024 6:52:52 PM(UTC+0)

Hazel Dejesus

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xE353A (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

---

From: 16462622450@s.whatsapp.net Pla

Apple pay

**Status:** Read

**Platform:** Mobile

9/15/2024 6:52:58 PM(UTC+0)

Apple Pay

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xEBD4B (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

---

From: 16462622450@s.whatsapp.net Pla

Deleted by the sender

**Status:** Read

**Platform:** Mobile

**Label:** Recalled

9/15/2024 6:53:03 PM(UTC+0)

Deleted by the sender

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xE364D (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

Deleted by the sender

**Status:** Read

**Platform:** Mobile

**Label:** Recalled

9/15/2024 6:54:02 PM(UTC+0)

Deleted by the sender

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xEBE73 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

Deleted by the sender

**Status:** Read

**Platform:** Mobile

**Label:** Recalled

9/15/2024 7:00:01 PM(UTC+0)

Deleted by the sender

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xEBFA6 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

Deleted by the sender

**Status:** Read

**Platform:** Mobile

**Label:** Recalled

9/15/2024 7:01:43 PM(UTC+0)

Deleted by the sender

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xE34A6 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

Deleted by the sender

**Status:** Read

**Label:** Recalled

9/15/2024 7:01:43 PM(UTC+0)

Deleted by the sender

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xE31C2 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: System Message System Message

Pla (16462622450@s.whatsapp.net) started a call.
status: Missed
type: audio call
duration: 00:00:00
1 joined:
Pla (16462622450@s.whatsapp.net)

**Platform:** Mobile

**Label:** System

9/15/2024 7:02:39 PM(UTC+0)

[Blank]

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-
624247312BE5/ChatStorage.sqlite : 0xEBDE7 (Table: ZWAMESSAGE; Size: 1839104 bytes)

From: 16462622450@s.whatsapp.net Pla

$Johnf12

**Status:** Read

**Platform:** Mobile

9/15/2024 7:43:57 PM(UTC+0)

$Johnf12

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xEBCB1 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

Jonathan Marconi

**Status:** Read

**Platform:** Mobile

9/15/2024 7:44:05 PM(UTC+0)

Jonathan Marconi.

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xE3402 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

Es cash app

**Status:** Read

**Platform:** Mobile

9/15/2024 7:44:12 PM(UTC+0)

It's cash app

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xE3365 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

K ondas

**Status:** Read

**Platform:** Mobile

What's up

9/15/2024 11:50:05 PM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xEBC18 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: System Message System Message

Pla (16462622450@s.whatsapp.net) started a call.
status: Answered
type: audio call
duration: 00:02:24
2 joined:
Pla (16462622450@s.whatsapp.net)
 (owner)

**Platform:** Mobile

**Label:** System

[blank]

9/19/2024 10:03:29 PM(UTC+0)

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-
624247312BE5/ChatStorage.sqlite : 0xEBB8E (Table: ZWAMESSAGE; Size: 1839104 bytes)

From: System Message System Message

 (16316640669@s.whatsapp.net owner) started a call.
status: Answered
type: audio call
duration: 00:00:22
2 joined:
 (16316640669@s.whatsapp.net owner)
Pla (16462622450@s.whatsapp.net)

**Platform:** Mobile

**Label:** System

[blank]

9/19/2024 10:07:20 PM(UTC+0)

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-
624247312BE5/ChatStorage.sqlite : 0xEBA63 (Table: ZWAMESSAGE; Size: 1839104 bytes)

From: 16316640669@s.whatsapp.net (owner)
To: 16462622450@s.whatsapp.net Pla

Ayi al dogy le endique

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| 16462622450@s.whatsapp.net Pla | 9/19/2024 10:29:32 PM(UTC+0) | 9/19/2024 10:34:28 PM(UTC+0) | |

**Status:** Read
**Platform:** Mobile

9/19/2024 10:29:31 PM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xEB9A7 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-
624247312BE5/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0xFD6C
(Size: 100393 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

I just explained it to the Doggie

From: 16462622450@s.whatsapp.net Pla

**Attachments:**

Title: Duration: 00:00:04
Size: 9906
File name: f28fdbf3-a9b8-4dfd-ae9b-ab0cc8f6c4b2.opus
Path: https://mmg.whatsapp.net/v/t62.7117-
24/32671776_566441362405812_5256774953186762997_n.enc?ccb=11-
4&oh=01_Q5AaIUB0qvTcZzlin_NAI5J7E-
03nhzhvP8pHfzQiTz30s3&oe=67142D8C&_nc_sid=5e03e0&mms3=true
**f28fdbf3-a9b8-4dfd-ae9b-ab0cc8f6c4b2.opus**

**Status:** Read
**Platform:** Mobile

9/19/2024 10:34:39 PM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0xEB915 (Table: ZWAMESSAGE,
ZWAMEDIAITEM; Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-
624247312BE5/Message/Media/16462622450@s.whatsapp.net/f/2/f28fdbf3-a9b8-4dfd-ae9b-
ab0cc8f6c4b2.opus :  (Size: 9906 bytes)

Yes, yes, it's done, thank you for that you understand me.

From: System Message System Message

Pla (16462622450@s.whatsapp.net) started a call.
status: Missed
type: audio call
duration: 00:00:00
1 joined:
Pla (16462622450@s.whatsapp.net)
**Platform:** Mobile
**Label:** System

11/23/2024 3:29:50 AM(UTC+0)

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-
624247312BE5/ChatStorage.sqlite : 0x11A101 (Table: ZWAMESSAGE; Size: 1839104 bytes)

[blank]

From: System Message System Message
Pla (16462622450@s.whatsapp.net) started a call.
status: Missed
type: audio call
duration: 00:00:00
1 joined:
Pla (16462622450@s.whatsapp.net)

**Platform:** Mobile

**Label:** System

11/23/2024 3:30:27 AM(UTC+0)

[blank]

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-
624247312BE5/ChatStorage.sqlite : 0x11FFAE (Table: ZWAMESSAGE; Size: 1839104 bytes)

Yoo

From: 16316640669@s.whatsapp.net  (owner)
To: 16462622450@s.whatsapp.net Pla

Yoo

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| 16462622450@s.whatsapp.net Pla | 11/23/2024 5:09:49 AM(UTC+0) | 11/23/2024 5:53:15 AM(UTC+0) | |

**Status:** Read
**Platform:** Mobile

11/23/2024 5:09:48 AM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x11FF04 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-
624247312BE5/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0xFD6C
(Size: 100393 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: System Message System Message
Pla (16462622450@s.whatsapp.net) started a call.
status: Answered
type: video call
duration: 00:08:34
2 joined:
Pla (16462622450@s.whatsapp.net)
 (owner)

**Platform:** Mobile

**Label:** System

11/24/2024 8:10:58 PM(UTC+0)

[Blank video call]

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-
624247312BE5/ChatStorage.sqlite : 0x11FE79 (Table: ZWAMESSAGE; Size: 1839104 bytes)

From: System Message System Message

(16316640669@s.whatsapp.net owner) started a call.
status: Answered
type: video call
duration: 00:01:25
2 joined:
(16316640669@s.whatsapp.net owner)
Pla (16462622450@s.whatsapp.net)

**Platform:** Mobile

**Label:** System

[Blank video call]

11/24/2024 8:19:49 PM(UTC+0)

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x11FDCE (Table: ZWAMESSAGE; Size: 1839104 bytes)

---

From: 16462622450@s.whatsapp.net Pla

**Attachments:**



Size: 13056
File name: e03da14a-bee2-4906-828c-43e13d415584.jpg
Path: https://mmg.whatsapp.net/v/t62.7118-24/31837796_539266432261756_3844786980626876764_n.enc?ccb=11-4&oh=01_Q5AaICp1y8lg10NIrJXgdWYCxj_hB4EurvmKYqgO6MCn4Lr2&oe=67732BCA&_nc_sid=5e03e0&mms3=true
e03da14a-bee2-4906-828c-43e13d415584.jpg

**Status:** Read
**Platform:** Mobile

Image of a spring hook with lock for purchase

11/30/2024 11:39:28 PM(UTC+0)

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x11F53B (Table: ZWAMESSAGE, ZWAMEDIAITEM; Size: 1839104 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/Message/Media/16462622450@s.whatsapp.net/e/0/e03da14a-bee2-4906-828c-43e13d415584.jpg : (Size: 13056 bytes)

---

From: 16462622450@s.whatsapp.net Pla

**Attachments:**

Shayy
Shared
**User ID:**
WhatsApp User Id 19085387382@s.whatsapp.net

**Phone:**
Mobile +1 (908) 538-7382

**Status:** Read
**Platform:** Mobile

[Blank]

12/1/2024 1:21:50 AM(UTC+0)

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x11F38C (Table: ZWAMESSAGE; Size: 1839104 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite:vcard/vcard/vcard: Shayy : 0x27 (Size: 105 bytes)

From: 16462622450@s.whatsapp.net Pla

**Attachments:**

Ivan
Shared
**User ID:**
WhatsApp User Id 16317209229@s.whatsapp.net

**Phone:**
Mobile +1 (631) 720-9229

**Status:** Read
**Platform:** Mobile

12/1/2024 1:26:10 AM(UTC+0)

[Blank]

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x11F421 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite/vcard/vcard/vcard: Ivan  : 0x27 (Size:
104 bytes)

From: 16462622450@s.whatsapp.net Pla

**Attachments:**



**Shared Contact**
Ast3
Shared
**User ID:**
WhatsApp User Id
15163220228@s.whatsapp.net

**Phone:**
Mobile +1 (516) 322-0228

Ast3
Shared
**User ID:**
WhatsApp User Id 15163220228@s.whatsapp.net

**Phone:**
Mobile +1 (516) 322-0228

**Status:** Read
**Platform:** Mobile

12/1/2024 3:04:28 PM(UTC+0)

[Small image.]

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x11F1EB (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite/vcard/vcard/vcard: Ast3 : 0x26 (Size:
103 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/Media/Profile/15163220228-1740684758.thumb : 0x0
(Size: 2201 bytes)

From: System Message System Message

Pla (16462622450@s.whatsapp.net) started a call.
status: Answered
type: audio call
duration: 00:05:09
2 joined:
Pla (16462622450@s.whatsapp.net)
 (owner)

**Platform:** Mobile

**Label:** System

12/1/2024 4:16:19 PM(UTC+0)

[Blank]

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-
624247312BE5/ChatStorage.sqlite : 0x120625 (Table: ZWAMESSAGE; Size: 1839104 bytes)

From: System Message System Message

 (16316640669@s.whatsapp.net owner) started a call.
status: Answered
type: audio call
duration: 00:00:55
2 joined:
 (16316640669@s.whatsapp.net owner)
Pla (16462622450@s.whatsapp.net)

**Platform:** Mobile

**Label:** System

12/1/2024 5:25:06 PM(UTC+0)

[Blank]

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-
624247312BE5/ChatStorage.sqlite : 0x1203E3 (Table: ZWAMESSAGE; Size: 1839104 bytes)

Video clip of small bundles wrapped together with spring
hooks attached.

From: 16316640669@s.whatsapp.net  (owner)
To: 16462622450@s.whatsapp.net Pla

**Attachments:**



Size: 1396054
File name: 06d843b5-1616-4291-ba8d-e4e5af462935.mov
Path: https://mmg.whatsapp.net/v/t62.7161-
24/11864191_595908229627710_8422905695271509076_n.enc?ccb=11-
4&oh=01_Q5AaIOK3BBL3lkEWDKoR97Dk68eVP5Luz-
B_rLuADjxJIalh&oe=677472EA&_nc_sid=5e03e0&mms3=true
06d843b5-1616-4291-ba8d-e4e5af462935.mov

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| 16462622450@s.whatsapp.net Pla | 12/1/2024 11:40:03 PM(UTC+0) | 12/1/2024 11:54:31 PM(UTC+0) | |

**Status:** Read

**Platform:** Mobile

12/1/2024 11:39:59 PM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x12B747 (Table: ZWAMESSAGE,
ZWAMEDIAITEM; Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-
624247312BE5/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0xFD6C
(Size: 100393 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-
624247312BE5/Message/Media/16462622450@s.whatsapp.net/0/6/06d843b5-1616-4291-
ba8d-e4e5af462935.mov/ : (Size: 1396054 bytes)

From: System Message System Message

Pla (16462622450@s.whatsapp.net) started a call.
status: Answered
type: audio call
duration: 00:03:15
2 joined:
Pla (16462622450@s.whatsapp.net)
 (owner)

**Platform:** Mobile

**Label:** System

12/1/2024 11:55:38 PM(UTC+0)

[Blank]

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-
624247312BE5/ChatStorage.sqlite : 0x12B6BB (Table: ZWAMESSAGE; Size: 1839104 bytes)

From: System Message System Message

Pla (16462622450@s.whatsapp.net) started a call.
status: Answered
type: audio call
duration: 00:00:14
2 joined:
Pla (16462622450@s.whatsapp.net)
 (owner)

**Platform:** Mobile

**Label:** System

12/2/2024 12:41:27 AM(UTC+0)

[Blank]

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-
624247312BE5/ChatStorage.sqlite : 0x12B5A5 (Table: ZWAMESSAGE; Size: 1839104 bytes)

From: 16462622450@s.whatsapp.net Pla

**Attachments:**

Title: Duration: 00:00:03
Size: 8998
File name: 6d640fda-e463-4c2a-a80c-28ea2d58b47f.opus
Path: https://mmg.whatsapp.net/v/t62.7117-
24/30272068_1059380389272843_2450610568692881636_n.enc?ccb=11-
4&oh=01_Q5AaIAAIbsd2yXAuNwrRCHAtFpFN4oTCNcsdSMHC_BuViByL&oe=67746
F8E&_nc_sid=5e03e0&mms3=true
6d640fda-e463-4c2a-a80c-28ea2d58b47f.opus

**Status:** Read

**Platform:** Mobile

12/2/2024 12:56:03 AM(UTC+0)

I will reach out to you shortly, give me a few minutes

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x12B512 (Table: ZWAMESSAGE,
ZWAMEDIAITEM; Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-
624247312BE5/Message/Media/16462622450@s.whatsapp.net/6/d/6d640fda-e463-4c2a-
a80c-28ea2d58b47f.opus :  (Size: 8998 bytes)

From: 16462622450@s.whatsapp.net Pla

**Attachments:**

Title: Duration: 00:00:14
Size: 33742
File name: a80938ec-115a-4bfb-b9e7-20c36e68e9c7.opus
Path: https://mmg.whatsapp.net/v/t62.7117-24/12497205_1092063658790906_7231890596449465715_n.enc?ccb=11-4&oh=01_Q5AaIGQAK8f1oV-Yf6jlNVW1B_-z-cv582gK-wC3JucfxXTi&oe=67748C81&_nc_sid=5e03e0&mms3=true
**a80938ec-115a-4bfb-b9e7-20c36e68e9c7.opus**

**Status:** Read
**Platform:** Mobile

12/2/2024 1:08:39 AM(UTC+0)

Look, wait until about 8:30 because right now there are some officers here, because we are watching this thing, but just wait because we want this errand to come out right. We don't want to do it and it becomes a big problem. Just wait there for a little bit.

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x12B47D (Table: ZWAMEDIAITEM, ZWAMEDIAITEM; Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3-624247312BE5/Message/Media/16462622450@s.whatsapp.net/8/a80938ec-115a-4bfb-b9e7-20c36e68e9c7.opus : (Size: 33742 bytes)

What's up brother?

From: 16316640669@s.whatsapp.net  (owner)
To: 16462622450@s.whatsapp.net Pla

Kiuvo carnal

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| 16462622450@s.whatsapp.net Pla | 12/2/2024 1:30:33 AM(UTC+0) | 12/2/2024 1:31:35 AM(UTC+0) | |

**Status:** Read
**Platform:** Mobile

12/2/2024 1:30:32 AM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x12B33C (Table: ZWAMESSAGE; Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0xFD6C (Size: 100393 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: 16462622450@s.whatsapp.net Pla

Perame dog
**Status:** Read
**Platform:** Mobile

12/2/2024 1:31:45 AM(UTC+0)

Give me a second dog

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x12B29E (Table: ZWAMESSAGE; Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

From: System Message System Message

Pla (16462622450@s.whatsapp.net) started a call.
status: Answered
type: audio call
duration: 00:00:54
2 joined:
Pla (16462622450@s.whatsapp.net)
 (owner)

**Platform:** Mobile

**Label:** System

12/2/2024 1:34:21 AM(UTC+0)

[blank]

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x12B211 (Table: ZWAMESSAGE; Size: 1839104 bytes)

From: System Message System Message

Pla (16462622450@s.whatsapp.net) started a call.
status: Answered
type: audio call
duration: 00:09:30
2 joined:
Pla (16462622450@s.whatsapp.net)
 (owner)

**Platform:** Mobile

**Label:** System

12/2/2024 1:41:15 AM(UTC+0)

[blank]

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x12B185 (Table: ZWAMESSAGE; Size: 1839104 bytes)

From: System Message System Message

Pla (16462622450@s.whatsapp.net) started a call.
status: Answered
type: audio call
duration: 00:12:05
2 joined:
Pla (16462622450@s.whatsapp.net)
 (owner)

**Platform:** Mobile

**Label:** System

12/2/2024 1:52:16 AM(UTC+0)

[blank]

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x12B0F9 (Table: ZWAMESSAGE; Size: 1839104 bytes)

From: System Message System Message

Pla (16462622450@s.whatsapp.net) started a call.
status: Answered
type: audio call
duration: 00:01:04
2 joined:
Pla (16462622450@s.whatsapp.net)
 (owner)

**Platform:** Mobile

**Label:** System

12/2/2024 2:04:37 AM(UTC+0)

[blank]

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x11CFAE (Table: ZWAMESSAGE; Size: 1839104 bytes)

From: 16316640669@s.whatsapp.net  (owner)
To: 16462622450@s.whatsapp.net Pla

Gran pase lo siento carnal me siento bien timado

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| 16462622450@s.whatsapp. net Pla | 12/2/2024 2:21:47 AM(UTC+0) | 12/2/202 4 1:13:18 PM(UTC +0) | |

**Status:** Read
**Platform:** Mobile

12/2/2024 2:10:07 AM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-
4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x11CED6 (Table: ZWAMESSAGE; Size: 1839104
bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-
4EDF-BBCD-624247312BE5/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0xFD6C
(Size: 100393 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-
4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table: ZWAADDRESSBOOKCONTACT;
Size: 163840 bytes)

That was a great pass, I feel it brother I feel very calmed

From: System Message System Message
Pla (16462622450@s.whatsapp.net) started a call.
status: Missed
type: audio call
duration: 00:00:00
1 joined:
Pla (16462622450@s.whatsapp.net)
**Platform:** Mobile
**Label:** System

12/2/2024 1:13:25 PM(UTC+0)

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-
624247312BE5/ChatStorage.sqlite : 0x11CE4A (Table: ZWAMESSAGE; Size: 1839104 bytes)

[blank]

From: 16316640669@s.whatsapp.net  (owner)
To: 16462622450@s.whatsapp.net Pla
Yo

| Participant | Delivered | Read | Opened |
|---|---|---|---|
| 16462622450@s.whatsa pp.net Pla | 12/2/2024 8:23:19 PM(UTC+0) | | |

**Status:** Delivered
**Platform:** Mobile

12/2/2024 2:22:44 PM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x11CD15 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-
624247312BE5/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0xFD6C
(Size: 100393 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ContactsV2.sqlite : 0x1449C (Table:
ZWAADDRESSBOOKCONTACT; Size: 163840 bytes)

Yo

From: System Message System Message

 (16316640669@s.whatsapp.net owner) started a call.
status: NotAnswered
type: audio call
duration: 00:00:00
1 joined:
 (16316640669@s.whatsapp.net owner)

**Platform:** Mobile

**Label:** System

12/2/2024 11:21:59 PM(UTC+0)

[blank]

Source Info:
00008110-001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3D-6930-4EDF-BBCD-
624247312BE5/ChatStorage.sqlite : 0x11C845 (Table: ZWAMESSAGE; Size: 1839104 bytes)

From: 16316640669@s.whatsapp.net  (owner)

Kiuvo

**Status:** Sent

**Platform:** Mobile

12/6/2024 10:34:47 AM(UTC+0)

What's up

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x11DA90 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-
624247312BE5/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0xFD6C
(Size: 100393 bytes)

↩ Reply

From: 16316640669@s.whatsapp.net  (owner)

From: 16316640669@s.whatsapp.net  (owner)

Kiuvo

**Status:** Sent

**Platform:** Mobile

12/6/2024 10:34:47 AM(UTC+0)

[Reply to what's up] How are you doing dog

Como estas dog

**Status:** Sent

**Platform:** Mobile

**Label:** Reply

12/6/2024 10:50:23 AM(UTC+0)

Source Info:
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-624247312BE5/ChatStorage.sqlite : 0x11D916 (Table: ZWAMESSAGE;
Size: 1839104 bytes)
00008110-
001A68920AF2201E_files_full.zip/private/var/mobile/Containers/Shared/AppGroup/B336DA3
D-6930-4EDF-BBCD-
624247312BE5/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0xFD6C
(Size: 100393 bytes)