EXHIBIT 2

Jail Call
MDC_000003 (89991053_Dec_13_2024_18_26_21_PM_)

Page **1** of **9**

| | | | |
|---|---|---|---|
| | | [dialing] | [dialing] |
| Automated machine | | Please enter. | Please enter. |
| | | [dialing] | [dialing] |
| Automated machine | | Sharing your pass number. After the tone, please say, United States of America. | Sharing your pass number. After the tone, please say, United States of America. |
| | | [tone] | [tone] |
| Inmate | | United States of America. United States of America. | United States of America. United States of America. |
| Automated machine | | The cost of this call is zero dollars per minute. The maximum length of this call will be 15 minutes. Your call is being processed. | The cost of this call is zero dollars per minute. The maximum length of this call will be 15 minutes. Your call is being processed. |
| | | [Ringing] | [Ringing] |
| Automated machine | | This call is from a federal prison. You will not be charged for this call. This call is from [unintelligible]. This call will be recorded and subject to monitoring at any time. To accept this call press 5. To block this call | This call is from a federal prison. You will not be charged for this call. This call is from [unintelligible]. This call will be recorded and subject to monitoring at any time. To accept this call press 5. To block this call |
| Inmate | | Yo, | Yo, |
| Male Voice 1 | | Yo | Yo |
| Inmate | | What's up? | What's up? |
| Male Voice 1 | | What's up boy? | What's up boy? |
| Inmate | | Aquí mira ve, todo bien. Y ahí qué hubo? | Just here, all good. So how's it going over there? |
| Male Voice 1 | | Aquí todo bien Dog. Como estamos? | All good here Dog. How are we doing? |
| Inmate | | Timado. No ves que me fueron a operar ayer, pues? | All calmed. Well, don't you see that they did surgery on me yesterday? |
| Male Voice 1 | | Te operaron? | You had surgery? |
| Inmate | | Si ya me operaron el pie, pues. Ayer me llevaron a operar. | Yes, well, they already did surgery on my leg. They took me yesterday to do the surgery on me. |
| Male Voice 1 | | Órale, y, y todo bien? Todo bien? Y, y, no, no, ¿Todo bien o qué pedo? | OK, and, so is everything OK? Everything OK? No, no, is everything OK or what the fuck? |

Jail Call
MDC_000003 (89991053_Dec_13_2024_18_26_21_PM_█████████)

| Inmate | | Si por lo menos ya me, ya salí de eso pues. Sólo la recuperación no más | Yes, at least I am, I'm done with that. Now it's just about recovery. That's it. |
|---|---|---|---|
| Male Voice 1 | 0:01:43 | Orale. Nada. Como no había escuchado nada de voz, ya días Doggy. | Ok. Nothing, since I hadn't heard anything from you, for days now Doggy |
| Inmate | | No hombre, es que aquella onda falleció pues. Entonces necesito que le digas a los, a los jefes también ahí que no vayan a estar en esa línea porque ya valió verga. | No, dude, well it's that, that errand has died. So, I also need you to tell the the, the bosses there as well, tell them not to be on that line because it's all fucked up. |
| Male Voice 1 | | Órale, de una carnal. Vos sabes, no. | Ok, right away brother, you know that, right? |
| Inmate | | Indícale a los carnales para que le indiquen a los demás ahí. Vos sabes, para que riegue la wila que al suave con aquella onda que, falleció. | Let our buddies know, so that they can let the rest of them know there.  You know, so that they spread the message to take it easy with that errand, because it's dead." |
| Male Voice 1 | | De una ahí, la L verdad? | Right away, the L right? |
| Inmate | | Sí | Yes |
| Male Voice 1 | | Órale, no hay falla mi Doggy. Y cómo estás? | All right, without failure my Doggy. So how are you? |
| Inmate | | Todo bien, me entiendes? Nomás ahí, esperando a ver qué pasa. Estoy esperando [unintelligible] más que todo ya. | All good, you understand me? I'm just there, waiting to see what happens. I am mainly waiting for [unintelligible]. |
| Male Voice 1 | | Ya te [Unintelligible.] la pata ya. | So yo already [unintelligible] your foot now |
| Inmate | | Sí, ahorita con yeso ando. | Yes, I'm in a cast now. |
| Male Voice 1 | | Ja. No a ver qué te cuides Doggy vos sabes ahí. | Ha. No, you know you have to take care of yourself Doggy, you know that. |
| Inmate | | Sí hombre, no toca de otra. | Yes man, I have no other choice. |
| Male Voice 1 | | Nada firmón Doggy, vos sabes. Yo aquí viendo que hubo. | No man, firm, doggy, you know it. I'm here looking to see what's up. |
| Inmate | | Hoy es el cumpleaños de tu mamá, verdad? | Today's your mom's birthday, right? |
| Male Voice 1 | | Simón | Yup |
| Inmate | | Y no le hicieron nada? | And you guys didn't do anything for her? |
| Male Voice 1 | | Nada, vos sabes [unintelligible]. | Nothing, you know [unintelligible] |

Jail Call
MDC_000003 (89991053_Dec_13_2024_18_26_21_PM_)

Page **3** of **9**

| Inmate | | Oh | Oh |
|---|---|---|---|
| Male Voice 1 | | Nada, | Nothing. |
| Inmate | | Oh | Oh |
| Male Voice 1 | 0:03:01 | tuve que jaliar hoy, vos sabes | I had to work today, you know. |
| Inmate | | Sí, no eso sí. | Yes, that's right. |
| Male Voice 1 | | Simón, vos sabes al suave ahí. Sólo, relajado, vos sabes a ver qué pedo ahí. | Yep, you know taking it easy there. Just relaxing you know, just to see what's up. |
| Inmate | | Cabal pues, pero todo bien? El niño como está? | All right then, but all good? How's the boy doing? |
| Male Voice 1 | | Ahí todo bien, ya vos sabes, ya está grandecito, vos sabes. Ya va a cumplir un año al siguiente mes | There, all good, you know. He is getting big. He's going to be turning one next month. |
| Inmate | | No hombre, yo le paso hablando a la Roxana, y ahí pasa haciendo bulla ahí | No men, I'm always talking to Roxanna, and he's always there in the background making noise. |
| Male Voice 1 | | Simón ahí, ahí está todo bien. Ya está grandecito mi Doggy. | Yep there, it is all good there. He is getting big, my Doggy. |
| Inmate | | Si, ya si me estaba diciendo la Roxana, qué ya está grande ya, dice | Yes, Roxana was telling me that, he is big now, she says. |
| Male Voice 1 | | Simón, ya está grande ya carnal. Vos sabes. | Yeah, he's big now my brother, you know it. |
| Inmate | | Si | Yes |
| Male Voice 1 | | Se va el tiempo. | Time flies |
| Inmate | | Sí, pues. Hey a ver cuándo venís? | Yeah, then. Hey, so when are you going to come? |
| Male Voice 1 | | Ahí, vos sabes hasta un rato y ahi. Ahí te llego carnal, vos sabes. | Oh, you know, it's going to be a bit. But I'll get to you brother, you know it |
| Inmate | | Simón | Yes |
| Male Voice 1 | | Entre, ahí en unos, en unos días te caigo por ahí, Doggy. | Between, I'll come see you in a few days my doggy |
| Inmate | | Porque el, yo las visitas las tengo son los domingos. Este domingo tengo visita. | Because on, my visits are on Sundays. I have visiting this Sunday. |
| Male Voice 1 | | Órale. No sé si llegue este Doggy pero el siguiente no tenés? | OK. I don't know if I'll get there on this one Doggy, but don't you have the following one? |
| Inmate | | Sí, sólo que el otro va a venir mi mamá, cómo es el cumpleaños mío pues. | Yes, the only thing is that the following one, my mom will be coming, since it's my birthday. |
| Male Voice 1 | | Órale. | OK |

Jail Call
MDC_000003 (89991053_Dec_13_2024_18_26_21_PM_)

Page **4** of **9**

| Inmate | | Ajá éste | Uh-huh, this one |
|---|---|---|---|
| Male Voice 1 | | Es el cumpleaños de quién? | It's who's birthday? |
| Inmate | 0:04:12 | Es mi cumpleaños y el cumpleaños tuyo pues | It's my birthday and your birthday |
| Male Voice 1 | | O Simón, lo qué pasa es que vos dijiste de tu hijo, dije yo, este no tiene hijo. | Oh yeah, it's that you said it was your son's, so I said to myself, this guy doesn't have a son. |
| Inmate | | Ahí el mismo día cumplimos años vos [laughter]. | Yeah, it's both our birthday on the same day. [laughter] |
| Male Voice 1 | | Simón, el mismo día cae. Simón ya. | Yes, it falls on the same day, yeah. |
| Inmate | | Domingo. El domingo es pués, el 22. | Sunday. Well it's on Sunday, the 22nd |
| Male Voice 1 | | Cuántos, cuántos cumplís? | How many, how old will you be? |
| Inmate | | 30 | 30 |
| Male Voice 1 | | He! 23 cumplo | Wow! I turn 23. |
| Inmate | | Puta ya estás viejo ya también. | Fuck you're old as well. |
| Male Voice 1 | | Bien, ya voy para ahí | Right, I'm on my way there. |
| Inmate | | Ya, siete más te hacen falta. | You are there. You need seven more. |
| Male Voice 1 | | Simón, vos sabes. | Yes, you know it. |
| Inmate | | Sí, ya estás cerca, ya | Yes, you are close already. |
| Male Voice 1 | | No, pero, pero está bueno que estés bien. Doggy. Estaba, vos sabes, dije que le habrá pasado a el Doggy. | No but, but it's good that you're OK, Doggy. I was, you know, I said, what could've happened to Doggy. |
| Inmate | | No pues te estuve llamando pues, bastantes veces. Llame y llame y dije yo, no me contesta. | No, well I was calling you several times. I called you and I called you and I said he's not answering me. |
| Male Voice 1 | | No, si, si, eso, eso me puse a pensar yo como vos sabes, yo dije vos sabes. Dije yo estaba trabajando, vos sabes | No, yeah, yeah, that got me thinking because you know, I said, you know. I said, I was working, you know. |
| Inmate | | Pero como a qué hora salís vos para estarte llamando? A esta hora te puedo estar llamando, verdad? | But, like what time do you get out so that I could call you? I could call you at this time, right? |
| Male Voice 1 | | Simón | Yeah |
| Inmate | | Órale | OK |
| Male Voice 1 | | Simón Doggy | Yeah Doggy |
| Inmate | | No hombre, ya sabrás, ba | No man, you know it. OK |

Jail Call
MDC_000003 (89991053_Dec_13_2024_18_26_21_PM_███████)

| Male Voice 1 | | No, pero Simón ahí, uno, uno de estos días te voy a caer ahí para hablar vos sabes, ahí, a verte. | No, but yeah, one, one of these days I'm going to go there to you to speak, to see you. |
|---|---|---|---|
| Inmate | | Necesito que, necesito qué me hagas una onda ahí, pues a ver si, me le tiras a una morra pues, para que me mande el número de ella. | I need, I need you to do me a favor there, I want to see if you can call a girl for me, so that she can send me her number. |
| Male Voice 1 | 0:05:32 | Órale, y cómo se llama esa morra? | OK, and what is that girl's name? |
| Inmate | | Es que, en la, en la onda esas redes de esa está pero, espérame voy a ver si te doy el número ahorita, esperame. Es que la Mage estaba en el "Sivar" pero ya se vino pues. Pero todavía tengo el WhatsApp qué tenía en el "Sivar", pero lo tenía aquí arriba y yo también otra vez y quiero que le mandes un mensaje a ahi. | It's that, the thing, the thing is, she is on those social media but, wait, I'm going to give you her number now, hold on. It's that the girl was in El Salvador, but she came here already. But I still have the WhatsApp that she had in El Salvador, but I had it up here and, also, and I want you to send her a message there. |
| Male Voice 1 | | Órale | OK |
| Inmate | | Pero, esperame, déjame buscar la libreta. Voy a mandar a alguien. Espérame | But wait let me get the pad. I'm going to send someone. Give me a minute. |
| Automated voice | | This calls from a federal prison. | This calls from a federal prison. |
| Inmate | | Pero vos este, vos podes, será que vas a poder hacer esa onda por WhatsApp? Pásame la libreta que tengo ahí por favor, la [unintelligible] | But you can, do you think that you're going to be able to do this through WhatsApp? Give me that pad that I have over there please, the [unintelligible] |
| Male Voice 1 | | Tirarle a ella? | Reach out to her? |
| Inmate | | Si pues | Well, yes |
| Male Voice 1 | | Pero por qué no le tiras vos? | But why don't you reach out to her yourself? |
| Inmate | | Es que no hombre el pedo es que no sé si anda el número ese pues porque como | It's that, no man, the problem is that I don't know if she has, that number in that one, because since |
| Male Voice 1 | | Órale | OK |
| Inmate | | Un-huh | Un-huh |
| Male Voice 1 | | Dale pues hermano | All right, go ahead brother. |
| Inmate | | Anota el número ahí. | Write the number there |
| Male Voice 1 | | Ahorita lo anoto. Dámelo. | I'll write it down. Give it to me. |
| Inmate | | Espérame, cómo es que se llama ese signo? Que es cruz. Cuándo | Give me a second, what's the name of that symbol? The one |

Jail Call
MDC_000003 (89991053_Dec_13_2024_18_26_21_PM_███████)

Page **6** of **9**

| | | | |
|---|---|---|---|
| | | agregas un número en WhatsApp. Porque el numeral es el otro,*es el [unintelligible]. Vos sabes el signo ese de plus, verdad?  Que hubo. Yo | that's a cross. You know when you add a number to WhatsApp. Because the # is the other one. But the star is the [unintelligible] you know that sign, for plus, right? Hey. Yo |
| Male Voice 1 | | Yo | Yo |
| Inmate | 0:07:14 | Mira ve, es un, tenés que poner la un de esas loco, la, la, la que está en el cero que es plus. La que es como una cruz. Ese, ese, ese signo | Look, it's a, you have to put the, one of those dude, the, the, the one that's with the zero that is a plus. The one that is like a cross. That, that, that sign. |
| Male Voice 1 | | Qué es como una cruz? | That is like a cross? |
| Inmate | | Un-huh, el plus. Y después vas a poner el 503, porque es de El Salvador el número. | Uh-huh, the plus. Then you will add the 503, because the number is from El Salvador. |
| Male Voice 1 | | Voz hablar de la estrella o el palo, de los dos palos con dos palos atravesados? | Are you talking about the star or the line, the two lines with the two lines crossing each other? |
| Inmate | | No, no es la estrella ni los dos palos atravesados. Sino que es el otro que es una cruz nada más. | No, it's not the star nor the two lines crossing each other. It's that it's the other one, that is just a cross, that's it. |
| Male Voice 1 | | No, no me sale eso ahí Doggy. Sólo una estrella está ahí | No, it's not coming up for me Doggy. There is just a star there. |
| Inmate | | En el cero, en el cero está | In the zero, it's in the zero |
| Male Voice 1 | | En el qué? | In the what? |
| Inmate | | En el cero. | In the zero |
| Male Voice 1 | | Qué es eso Doggy? | What is that Doggy? |
| Inmate | | El cero, pues el número cero ahí está. | The zero, well the number zero, it's there. |
| Male Voice 1 | | Oh, oh, a poner cero entonces | Oh, so then I have to put zero |
| Inmate | | No, no, no, no, es el, es símbolo. No es estrella, ni numeral, sino que el otro pues, el que es un plus nomás. | No, no, no, no, it's the, it's the symbol. It's not a star, nor a number sign, it's the other one, the one that is just a plus, that's it. |
| Male Voice 1 | | Simón, pero está bajo del cero pues, el cero que me pone. | Yes, but it's below the zero then, the zero is what is coming up for me |
| Inmate | | No, tenelo presionado ahí te cambias pues | No, just keep it pressed there and it'll change for you. |
| Male Voice 1 | | Oh Simón, Simón ya, ya, ya me funcionó. | Oh, yes, yes, OK, OK, OK it worked for me. |

Jail Call
MDC_000003 (89991053_Dec_13_2024_18_26_21_PM_)

| Inmate | | Vaya y pones, después de eso pones 503 | OK then and you put, after that you put 503 |
|---|---|---|---|
| Male Voice 1 | | 503 | 503 |
| Inmate | | 74 36 | 74 36 |
| Male Voice 1 | | 74 36 | 74 36 |
| Inmate | | 40 | 40 |
| Male Voice 1 | | 40 | 40 |
| Inmate | | 05 | 05 |
| Male Voice 1 | 0:08:31 | 05? | 05? |
| Inmate | | Sí | Yes |
| Male Voice 1 | | Órale | OK |
| Inmate | | Pero por WhatsApp tírale | But reach out to her through WhatsApp |
| Male Voice 1 | | De una | Right away. |
| Inmate | | Tírale a ver si te contesta. Podés agregarla ahorita verdad? | Call her to see if she answers you. You can add her now, right? |
| Male Voice 1 | | Huh? | Huh? |
| Inmate | | Agregarla ahorita a ver. Pero tenés que agregar la de amiga, pues a ver si te contesta. | Add her now to see. But you have to add her as a friend, to see if she answers you. |
| Male Voice 1 | | De una | Right away |
| Inmate | | O mándale un mensaje ya ahorita por WhatsApp | Or send her a message right now through WhatsApp. |
| Male Voice 1 | | El pedo es que yo puse la línea de ella para abajo pues, me entiendes, entonces, para agarrarla de contacto no puedo agarrarlo. No sé cómo se agregan los números en WhatsApp yo. | The problem is that I put her line down, do you understand me, so, then, in order for me to add her as a contact, I can't add it. I don't know how numbers are added to WhatsApp. |
| Inmate | | No sabes? | You don't know? |
| Male Voice 1 | | Ne, como yo casi no uso esta onda. Espérate | No, it's that I hardly ever use this thing. Give me a minute |
| Inmate | | No, sólo tenés que agregarlo a contacto. Y después te vas a WhatsApp y pones el nombre y te sale ahí ya agregado, pues. No tenés que agregarlo a WhatsApp, ya sólo lo agregas al teléfono el contacto y ya te sale en WhatsApp también. | No, you just have to add her to your contacts. And then you go to WhatsApp and you put her name and then it appears already added on there. You don't have to add her to WhatsApp, you just have to add the contact to your phone and, and then it comes up in WhatsApp as well. |

Jail Call
MDC_000003 (89991053_Dec_13_2024_18_26_21_PM_)

| Male Voice 1 | | Nel Simón, espera que no me me dejó guardarlo. | OK, brother, wait because it's not, it's not letting me save it. |
|---|---|---|---|
| Inmate | | Por qué? | Why? |
| Male Voice 1 | | Espérate. No sé qué pedo espérate. Ahorita voy a ver qué hubo. Pasa, dámelo otra vez. 503, cuál es? | Give me a minute. I don't know what the problem is. Give me a minute. I'm going to see what happened. Wait, give it to me again. 503, what is it? |
| Inmate | | Es 503, pusiste el signo es verdad? | It's 503, you put the sign, right? |
| Male Voice 1 | | Simón, el plus. | Yes, the plus |
| Automated voice | 0:09:54 | This call is from a federal prison | This call is from a federal prison |
| Inmate | | 74 36 | 74 36 |
| Male Voice 1 | | Espera, se había cortado la llamada. Como decís? | Wait, the line had broken up. What did you say? |
| Inmate | | 74 36 | 74 36 |
| Male Voice 1 | | 74 36 | 74 36 |
| Inmate | | No, 7, 74, 74 | No, 7, 74, 74 |
| Male Voice 1 | | 474? | 474? |
| Inmate | | No espérate, 503, verdad | No, wait, 503, right? |
| Male Voice 1 | | Un-huh, 7436 | Un-huh, 7436 |
| Inmate | | 36 40 05 | 36 40 05 |
| Male Voice 1 | | 40 05 hey Doggy pero lo, espérate, uhm la voy a llamar para que se me guarda el número. | 40 05, hey Doggy, but I, give me a minute, I'm going to call her so that the number can save. |
| Inmate | | Pero se va a cortar la llamada, si la llamas. | But the call will cut out if you call her. |
| Male Voice 1 | | Simón, es el pedo. Eso es lo qué, eso es lo que pues, para guardar el número, porque no lo hay en lo contacto y lo puedo tirar en WhatsApp. Yo así lo hago. | Yes, that is the problem. That is what, that is what, well, in order to save the number, because it's not on the contact, and I can reach out through WhatsApp. That's how I do it. |
| Inmate | | Ah pues mira ve, voy a hacer esto, te voy a cortar yo, la llamas, guardas el número y sólo decíle Hey, dice, dice, vos sabes cómo me dicen a mí pues | Oh well look, this is what I'm going to do, I'm going to hang up with you. You call her, you save her number and just tell her. Hey, tell her that I, wait, you know what they call me, right? |
| Male Voice 1 | 0:10:53 | Un-huh | Uh-huh. |
| Inmate | | "Dice el" decile, de qué sí, si ha cambiado, sí, si usted tiene un número donde él le puede llamar, | Tell her that "he is asking", if she has changed, if, if you have a number where he can call you? |

Jail Call
MDC_000003 (89991053_Dec_13_2024_18_26_21_PM_)

Page **9** of **9**

| | | | |
|---|---|---|---|
| | | decile, porque aquella cuestión vos sabes, pues. | tell her, you know, well because of that situation. Well you know. |
| Male Voice 1 | | Órale de una doggy, ya le voy a tirar | OK doggy, right away, I am going to call her now |
| Inmate | | Y si te da, y si te da un número, yo te voy a llamar en una hora, me das el número. Si te dice que la llame a ese mismo número, sólo me decís que le llame a ese número y yo la llamo a ella ahí, pero. Explícale, que tiene qué, tiene que apretar el cinco cuando yo le llame. Contestar y después apretarle el cinco. | And if she gives, and if she gives you a number, I'm going to call you in an hour and you give me the number. If she tells you that she wants me to call her to that same number, just let me know to call her at that number and I will call her, then, but. Let her know that she has to press number five when I call her. Answer the phone and then press five. |
| Male Voice 1 | | Va, de una Dog | OK, right away Dog |
| Inmate | | Va pues yo te llamo en una hora a vos. | OK then I will call you in an hour. |
| Male Voice 1 | | Dale pues | OK then |
| Inmate | | Va pues está bueno, cuidate. | OK then all good, take care of yourself |
| Male Voice 1 | | De una cuidate | Right away, take care of yourself |
| Inmate | | Va pues. | OK then |